# EXHIBIT 5

 **SSY**  International Shipbrokers - Established 1880           (www.ssyonline.com)

Ivar,

Please see attached Jose Terminal PDVSA Q.

Best Regards,

Andrew Donovan
SSY Tankers New York, LLC

Work:  +1 631 724-6100
Mobile:+1 516 353 9722
Email: adonovan@ssyny.com
Yahoo: andrew16002m

Details of all Simpson, Spence & Young Group companies can be found at: http://www.ssyonline.com/registered-offices.shtml       | SSY's policy on internation

**From:** Ryan.Peterkin@stshipping.com [mailto:Ryan.Peterkin@stshipping.com]   **Sent:** Friday, August 22, 2014 8:44 AM  **To:** Andrew Donovan  **Subject:** Fw: SCF Pacifica / Jose Q

Best Regards,  Ryan Peterkin  Email:ryan.peterkin@stshipping.com  Office: 203-328-3197  Mobile: 203-5242271  Yahoo: peterkin.ryan

----- Forwarded by Ryan Peterkin/stamford/sts on 08/22/2014 08:44 AM -----

From:     Alex Schulten/stamford/sts
To:       Ryan Peterkin/stamford/sts@stshipping
Date:     08/22/2014 08:41 AM
Subject:  SCF Pacifica / Jose Q

Ryan,

See attached.

BEST REGARDS  Alex Schulten  ST Shipping and Transport Pte Ltd.  Stamford Branch: Three Stamford Plaza, 301 Tresser Boulevard, Stamford Connecticut 06901-3244  Office      :  +1 203 353 2748  Mobile      :  +1 917 664 2276  Fax         :  +44 207 412 3498   TLX:  264136 SHINC G  Email           :  operations@stshipping.com , Alex.Schulten@stshipping.com

**From:** Rodrigo Zawadzki <chartering@ofimiami.com>  **Date:** Friday, August 22, 2014 at 3:44 PM  **To:** 'Ivar Gram' <igram@optonline.net>  **Subject:** RE: SCF PACIFICA / AS CAPITAL LTD -

Miami, Florida USA 33183
Tel: +1 305 667 2737
Fax: +1 305 832 7919
Cel: + 1 786 210 2171
Email: chartering@ofimiami.com
skype: rod.zawadzki

ref 090314-1006

Ed / Rodrigo

Below from Owners.....


Rod,

Please see attached reply from Master of CV Stealth regarding clearance items.  Please also see his request for clarification on "Certificate of Law" and "Operations Permit".

Having trouble sending the attachments, I think they are to large.

Please remind Charterers that Owners will need full and thorough Voyage Orders tomorrow.

Begin forwarded message:

On Sep 4, 2014, at 12:42 PM, "Andrew Donovan" <adonovan@ssyny.com> wrote:

 **SSY**    International Shipbrokers - Established 1880         (www.ssyonline.com)

Rod,
Please see Cert. of Reg attached.

At this time might be prudent to start thinking about asking Chart's for a 1 hour extension on Owners subs declaration time.

Best Regards,
Andrew Donovan
SSY Tankers New York, LLC
Work:  +1 631 724-6100
Mobile:+1 516 353 9722
Email: adonovan@ssyny.com
Yahoo: andrew16002m

Details of all Simpson, Spence & Young Group companies can be found at: http://www.ssyonline.com/registered-offices.shtml     SSY's policy on intern
http://www.ssyo

   -----Original Message-----
From: operations@stshipping.com [mailto:operations@stshipping.com]

Sent: Thursday, September 04, 2014 11:42 AM
To: Matthew.Maciejewski@stshipping.com
Cc: Andrew Donovan; Ryan Peterkin
Subject: Re: Fw: Cv stealth info needed

Andrew,

Certificate of registry is attached

BEST REGARDS

Matthew Maciejewski
ST Shipping and Transport Pte Ltd.
Stamford Branch: Three Stamford Plaza, 301 Tresser Boulevard,
Stamford Connecticut 06901-3244
Office  :  +1 203 328 2484
Mobile  :  +1 203 274 2903
Fax     :  +44 207 412 3498
Email   :  operations@stshipping.com ,
Matthew.Maciejewski@stshipping.com

| | |
|---|---|
| Matthew Maciejewski/stamford/sts | |
| To | "Andrew Donovan" <adonovan@ssyny.com>, |
| 09/03/2014 08:57 PM | "Ryan Peterkin" <Ryan.Peterkin@stshipping.com>, "STShipping" <operations@stshipping.com> |
| cc | |
| Subject | Fw: Cv stealth info needed |

Andrew, see attached.

Master asking if someone can advise the following:

  Kindly advise meaning of "Certificate of Law" and "Operations Permit".

Matthew Maciejewski
ST Shipping
Sent from blackberry

  ----- Original Message -----

From: "CV STEALTH" [Cvstealth@SkyFile.com]
Sent: 04/09/2014 00:49 GMT
To: Matthew Maciejewski; STShipping Operations

433

Subject: Cv stealth info needed

   Good day,

Please find requested documents as attached.

Kindly advise meaning of "Certificate of Law" and "Operations Permit".

Kind Regards,

Master Of CV STEALTH
Capt. Zeynep TUZCU

FBB TEL  : + 870 773 163 654
FAX            : + 870 783 169 854
INMC Tlx : 424859110GDTS
  E-MAIL   : cvstealth@skyfile.com

-- Original message --

From: Matthew.Maciejewski@stshipping.com
To: "Cv Stealth" <cvstealth@skyfile.com>, "ST Shipping"    <operations@stshipping.com>

Date: Wed, 3 Sep 2014 23:54:50 +0100
   Subject: Cv stealth info needed

Good day Captain!

Please send below info to me.

 Same needed to try to clear you with charterers and agents for next possible voyage:

  1-CREW LIST
2-LIST OF THE LAST 10 PORTS
3-CERTIFICATE OF LAW
4-NARCOTICS LIST
5-NEGATIVES LIST
6-INTERNATIONAL TONNAGE CERTIFICATE
7- OPERATIONS PERMIT
8-COPY OF THE LAST SAILING
9-COPY OF MARINE IDS
10-CREW PASSPORTS
11- FULL STYLE OF OWNERS/OPERATORS

Matthew Maciejewski
ST Shipping
Sent from blackberry

434