# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

------------------------------------------------- X
PSARA ENERGY, LIMITED : Civil Case No.
      Plaintiff :
   -against- : ADMIRALTY
  :
SPACE SHIPPING, LTD. and :
GEDEN HOLDINGS, LTD. :
  :
      Defendants :
------------------------------------------------- X

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Plaintiff PSARA ENERGY, LIMITED certifies that there are no corporate parents, subsidiaries, or affiliates of that party, which are publicly held.

Dated: October 30, 2017

                                              The Plaintiff,
                                              PSARA ENERGY, LIMITED

                              By:

                                              /s/Stephan Skoufalos
                                              Stephan Skoufalos (ct12809)
                                              SKOUFALOS LLC
                                              300 First Stamford Place, 2E
                                              Stamford, CT 06902
                                              (203) 325 – 9010
                                              (203) 325 – 9011 (fax)

*Of Counsel*:

Gaitas, Kennedy & Chalos, P.C.
George A. Gaitas
State Bar No. 24058885
Federal Bar No. 705176
Jonathan M. Chalos
State Bar No.
Federal Bar No.
*Pro Hac Vice Applications Forthcoming*
6250 Westpark Dr.
Suite 222
Houston, Texas 77057
Telephone: 281-501-1800
Fax: 832-962-8178
E-mail: gaitas@gkclaw.com
         chalos@gkclaw.com