# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

------------------------------------------- X
PSARA ENERGY, LIMITED            :        Civil Case No.
                                 :
         Plaintiff               :
                                 :
         -against-               :        ADMIRALTY
                                 :
                                 :
SPACE SHIPPING, LTD. and         :
GEDEN HOLDINGS, LTD.             :
                                 :
         Defendants              :
------------------------------------------- X

## **PLAINTIFF'S *EX PARTE* MOTION FOR ORDER APPOINTING PROCESS SERVER**

Plaintiff, PSARA ENERGY, LIMITED, by and through undersigned counsel, respectfully moves this Court for an Order Appointing a Special Process Server Pursuant to Rule 4(C) of the Federal Rules of Civil Procedure. Plaintiff desires that Process of Maritime Attachment and Garnishment be served on the garnishee(s) with all deliberate speed so that it will be fully protected against the possibility of the Defendant not satisfying the claim Plaintiff has against it. Counsel for Plaintiff of the law firm Skoufalos LLC, and/or any other designated third-party process server who is over the age of 18 and not a party to this action, will act as Special Process Server to effect service of Process of Maritime Attachment and Garnishment on the named garnishee(s).

To the extent that the Application for an Order Appointing a Special Process Server with respect to this attachment and garnishment does not involve a restraint of physical property, there is no need to require that the service be effected by a U.S. Marshal as it simply involves the delivery of process to the garnishee(s) who are believed to be in possession of the Defendant's tangible or intangible property.

1

Plaintiff also requests that the Court grant it leave to serve any additional garnishee(s) who may be discovered during the course of this litigation to be holding property of the Defendant within this District. By obtaining leave at this time to serve those other possible garnishees, it will facilitate prompt service of process without the need to return to the Court for permission to amend the process simply to name other garnishees. To avoid the need to repeatedly serve the garnishee(s), Plaintiff respectfully seeks leave, as embodied in the accompanying proposed orders, for any process served on a garnishee to be deemed effective and continuous throughout any given day.

WHEREFORE, Plaintiff respectfully requests this Honorable Court grant the instant motion and appoint the law firm Skoufalos LLC, and/or any other designated third-party process server who is over the age of 18 and not a party to this action, as a special process server and such other and further relief as the Court may deem appropriate in the circumstances.

Dated: October 30, 2017                        Respectfully submitted,

                                        By:
                                            /s/Stephan Skoufalos
                                            Stephan Skoufalos (ct12809)
                                            SKOUFALOS LLC
                                            300 First Stamford Place, 2E
                                            Stamford, CT 06902
                                            (203) 325 – 9010
                                            (203) 325 – 9011 (fax)

                                            *Attorneys for Plaintiff*
                                            Psara Energy, Limited

*Of Counsel*:

Gaitas, Kennedy & Chalos, P.C.
George A. Gaitas
State Bar No. 24058885
Federal Bar No. 705176
Jonathan M. Chalos
State Bar No. 24097482
Federal Bar No. 3008683
*Pro Hac Vice Applications Forthcoming*
6250 Westpark Dr.
Suite 222
Houston, Texas 77057
Telephone: 281-501-1800
Fax: 832-962-8178
E-mail:gaitas@gkclaw.com
         chalos@gkclaw.com