UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------X
PSARA ENERGY, LIMITED           :   Civil Case No.
                                :
        Plaintiff               :
                                :
      -against-                 :   ADMIRALTY
                                :
                                :
SPACE SHIPPING, LTD. and        :
GEDEN HOLDINGS, LTD.            :
                                :
        Defendants              :
---------------------------------------------X

## ORDER AUTHORIZING ISSUANCE OF PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT

Having reviewed and considered the Memorandum in Support of Order Authorizing Issuance of Process of Maritime Attachment and Garnishment of Plaintiff PSARA ENERGY, LIMITED, and Plaintiff's Original Verified Complaint, together with the Affidavit of George A. Gaitas, and finding that the conditions of Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure appear to exist. Accordingly, it is hereby:

**ORDERED**, that the Clerk of the Court shall issue forthwith Process of Maritime Attachment and Garnishment pursuant to Rule B directing the United States Marshal for the District of Connecticut, or other designated special process server, to attach any tangible or intangible personal property found in the District belonging to Defendants, including but not limited to: the indebtedness of ST Shipping and Transport Pte Ltd. to Space Shipping, Ltd. in respect of the Fourth Arbitration Award, and/or any assets within the possession, custody or control of any other garnishee located within the District of Connecticut upon whom a copy of

the Process of Maritime Attachment and Garnishment issued in this action may be served, up to the amount of **$19,604,297.00**; and

**ORDERED**, that any person claiming an interest in the property attached or garnished pursuant to this Order and process of maritime attachment and garnishment shall, upon application the Court, be entitled to a prompt hearing at which Plaintiff shall be required to show why the attachment and garnishment should not be vacated or other relief granted; and it is further

**ORDERED**, that supplemental process enforcing the Court's Order may be issued by the Clerk upon application without further order of the Court; and it is further

**ORDERED**, that following initial service by the U.S. Marshal or other designated process server upon the garnishee, that supplemental service of the Process of Maritime Attachment and Garnishment, as well as this Order, may be made by facsimile transmission or other verifiable electronic means, including e-mail, to the garnishee; and it is further

**ORDERED**, that service on any garnishee as described above is deemed effective continuous service throughout the day from the time of such service through the opening of the garnishee's business the next business day; and it is further

**ORDERED**, that pursuant to Federal Rule of Civil Procedure 5(b)(2)(F) the garnishee may consent, in writing, to accept service by any other means.

SIGNED AND ENTERED this _____ day of October, 2017.

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE