**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
------------------------------------------------X
PSARA ENERGY, LIMITED              :     Civil Case No.
                                   :
         Plaintiff                 :
                                   :
         -against-                 :     ADMIRALTY
                                   :
                                   :
SPACE SHIPPING, LTD. and           :
GEDEN HOLDINGS, LTD.               :
                                   :
         Defendants                :
------------------------------------------------X
```

### ORDER APPOINTING SPECIAL PROCESS SERVER
### PURSUANT TO RULE 4(C) AND SUPPLEMENTAL RULE B

An application having been made by Plaintiff for an Order Appointing a Special Process Server pursuant to Rule 4(c) of the Federal Rules of Civil Procedure and Supplemental Rule B(1)(d)(ii) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions wherein Plaintiff requested the Court appoint the law firm Skoufalos LLC, and/or their employees or agents, who are over the age of 18 and not parties to this action, and/or any other designated third-party process server as a special process server and such other and further relief as the Court may deem appropriate in the circumstances, it is hereby:

**ORDERED**, that any agent and/or employee of Skoufalos LLC, or any other person or organization having authority, who is over the age of 18 and not a party to this action, be and is hereby appointed, in addition to the United States Marshal, to serve the Process of Maritime Attachment and Garnishment and Verified Complaint upon garnishee(s) who, based upon information developed subsequent hereto by the Plaintiff, may hold assets for or on account of the defendant.

**ORDERED**, that Plaintiff is granted leave to serve any additional garnishee(s) who may be discovered during the course of this litigation to be holding property of the Defendant within this District.

1

SIGNED AND ENTERED this _____ day of October, 2017.

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE