UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------- X
PSARA ENERGY, LIMITED          :        Civil Case No.
                               :
         Plaintiff             :
                               :
       -against-               :        ADMIRALTY
                               :
                               :
SPACE SHIPPING, LTD. and       :
GEDEN HOLDINGS, LTD.           :
                               :
         Defendants            :
------------------------------------------------- X

## ATTORNEY AFFIDAVIT IN SUPPORT OF ORDER OF ATTACHMENT

STATE OF TEXAS            )
                          )
COUNTY OF HARRIS          )

George A. Gaitas, being duly sworn, deposes and says:

1. I am a partner with the firm of Gaitas, Kennedy & Chalos, P.C., attorneys for Plaintiff PSARA ENERGY, LIMITED in the above referenced matter.

2. I am familiar with the contents of the Original Verified Complaint, and I submit this affidavit in support of Plaintiff's request for the issuance of Process of Maritime Attachment and Garnishment of the property of the Defendants, SPACE SHIPPING LTD. and GEDEN HOLDINGS, LTD., pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure.

3. I have personally inquired or have directed inquiries into the presence of the Defendants in this District.

1

4. I have directed attorneys in my firm to check with the office of the Connecticut Department of State, using the Department of State's database, to determine whether the Defendants can be located within this District. SPACE SHIPPING LTD. and GEDEN HOLDINGS, LTD. are not registered with the Connecticut Department of State. Accordingly, I have determined that, as of October 30, 2017, none of these Defendants are incorporated or registered as foreign corporations pursuant to the laws of Connecticut, and have neither nominated nor appointed any agent for the service of process within this District.

5. I have directed attorneys in my firm to engage a search of the Superpages telephone directory on the internet, and determined that there are no telephone listings or addresses for the Defendants within this District.

6. I have directed attorneys in my firm to engage in a Google search as to whether the Defendants can be located within this District. The Google search results did not provide a listing for the named Defendants.

7. In that I have been able to determine that the Defendants have not appointed an agent for service of process within the District of Connecticut and that I have found no indication that the Defendants can be found within this District for the purposes of Rule B, I have formed a good faith belief based on the investigation of the attorneys under my direction that the Defendants do not have sufficient contacts or business activities within this District and do not have any offices or agents within this District.

8. This affidavit is further made in support of Plaintiff's application for an Order to appoint as special process server any individual who is over the age of 18 and not a party to or an attorney in this action, to serve the Writ and Order of Attachment and Garnishment, Summons, Original Verified Complaint and Affidavit in Support of the Complaint on Garnishee.

By: *George A. Gaitas*
George A. Gaitas
Texas State Bar No. 24058885
Federal Bar No. 705176

Sworn to before me this
30 day of October, 2017

*signature*
Notary Public

STEVEN D BEEGLES
Notary ID # 126604254
My Commission Expires
July 25, 2020