UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------------- x
PSARA ENERGY, LIMITED                  :   Civil Case No.
                                       :
                  Plaintiff,           :   **3:17-cv-01811 VAB**
                                       :
     -against-                         :   ADMIRALTY
                                       :
SPACE SHIPPING, LTD. and               :   November 16, 2017
GEDEN HOLDINGS, LTD.,                  :
                  Defendants           :
---------------------------------------------------------------- x

## MOTION FOR ADMISSION *PRO HAC VICE*

Appearing pursuant to Rule E(8) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, I, Frederick A. Lovejoy, Esq., hereby move pursuant to Rule 83.1 of the Local Rules of the United States District Court for the District of Connecticut this Court for an Order for admission as a Visiting Attorney *Pro Hac Vice* of Simon Harter, Esq. to appear as counsel for Defendants, SPACE SHIPPING, LTD. and GEDEN HOLDINGS, LTD.

Dated: Easton, Connecticut
       November 16, 2017                    The Defendants,
                                            SPACE SHIPPING, LTD. and
                                            GEDEN HOLDINGS, LTD.

                                       By:  /s/ Frederick A. Lovejoy
                                            Frederick A. Lovejoy (CT 03121)
                                            LOVEJOY LAW FIRM, LLC
                                            276 Center Road
                                            Easton, CT 06612
                                            (203) 459-9941
                                            (203) 459-9943 (fax)
                                            Email: lovejoyadm@aol.com

PsaraProHacVice11-17.doc

CERTIFICATE OF SERVICE

I hereby certify that on the date herein, a copy of the foregoing was filed electronically.

Notice of the foregoing filing and this Certification of Service will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to any parties who are unable to accept electronic filing. Parties may access the foregoing filings and this Certification of Service through the Court's system.

George A. Gaitas
Gaitas, Kennedy & Chalos, P.C.
6250 Westpark Dr., Suite 222
Houston, TX 77057
(281) 501-1800
Fax: (832) 962-8178
Email: gaitas@gkclaw.com

Jonathan M. Chalos, P.C.
6250 Westpark Dr., Suite 222
Houston, TX 77057
(281) 501-1800
Fax: (832) 962-8178
Email: chalos@gkclaw.com

Stephan Skoufalos
Skoufalos LLC
300 First Stamford Place, 2E
Stamford, CT 06902
(203) 325-9010
Email: stephan.skoufalos@skoufalos.com

Michael P. Jones
Curtis, Mallet-Prevost, Colt & Mosle – NY
101 Park Ave.
New York, NY 10178-0061
(212) 696-6000
Fax: (212) 697-1559
Email: mjones@curtis.com

Peter J. Behmke
Curtis, Mallet-Prevost, Colt & Mosle – NY
101 Park Ave.
New York, NY 10178-0061
(212) 696-6000
Fax: (212) 697-1559
Email: pbehmke @ curtis.com

Simon I. Allentuch
Neubert, Pepe & Monteith
195 Church St.
13th Floor
New Haven, CT 06510-2026
(203) 821-2000
Email: sia@npmlaw.com


        /s/ Frederick A. Lovejoy
Frederick A. Lovejoy