UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------- x
PSARA ENERGY, LIMITED                           :     Civil Case No.
                                                :
            Plaintiff,                          :     **3:17-cv-01811 VAB**
                                                :
    -against-                                   :     ADMIRALTY
                                                :
SPACE SHIPPING, LTD. and                        :     November 16, 2017
GEDEN HOLDINGS, LTD.,                           :
            Defendants                                                        :
------------------------------------------------------------- x

## APPEARANCE

Please enter the appearance of Frederick A. Lovejoy of Lovejoy Law Firm, LLC on behalf of defendants Space Shipping, Ltd. and Geden Holdings, Ltd.

Dated: Easton, Connecticut
       November 16, 2017

                                        The Defendants,
                                        SPACE SHIPPING, LTD. and
                                        GEDEN HOLDINGS, LTD.


                                By:     /s/ Frederick A. Lovejoy
                                        Frederick A. Lovejoy (CT 03121)
                                        LOVEJOY LAW FIRM, LLC
                                        276 Center Road
                                        Easton, CT 06612
                                        (203) 459-9941
                                        (203) 459-9943 (fax)
                                        Email: lovejoyadm@aol.com

PsaraAppearance11-17.doc

1

CERTIFICATE OF SERVICE

I hereby certify that on the date herein, a copy of the foregoing Appearance was filed electronically.

Notice of the foregoing filing and this Certification of Service will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to any parties who are unable to accept electronic filing. Parties may access the foregoing filings and this Certification of Service through the Court's system.

George A. Gaitas
Gaitas, Kennedy & Chalos, P.C.
6250 Westpark Dr., Suite 222
Houston, TX 77057
(281) 501-1800
Fax: (832) 962-8178
Email: gaitas@gkclaw.com

Jonathan M. Chalos, P.C.
6250 Westpark Dr., Suite 222
Houston, TX 77057
(281) 501-1800
Fax: (832) 962-8178
Email: chalos@gkclaw.com

Stephan Skoufalos
Skoufalos LLC
300 First Stamford Place, 2E
Stamford, CT 06902
(203) 325-9010
Email: stephan.skoufalos@skoufalos.com

Michael P. Jones
Curtis, Mallet-Prevost, Colt & Mosle – NY
101 Park Ave.
New York, NY 10178-0061
(212) 696-6000
Fax: (212) 697-1559
Email: mjones@curtis.com

Peter J. Behmke
Curtis, Mallet-Prevost, Colt & Mosle – NY
101 Park Ave.
New York, NY 10178-0061
(212) 696-6000
Fax: (212) 697-1559
Email: pbehmke @ curtis.com

Simon I. Allentuch
Neubert, Pepe & Monteith
195 Church St.
13th Floor
New Haven, CT 06510-2026
(203) 821-2000
Email: sia@npmlaw.com

              /s/ Frederick A. Lovejoy
            Frederick A. Lovejoy