# EXHIBIT 1



# AMERICAN BUREAU OF SHIPPING
# CLASS SURVEY REPORT

| | | | |
|---|---|---|---|
| Vessel Name | **CV STEALTH** | Class Number | **05140862** |
| Attending Office | **Balboa** | Report Number | **BL3396676** |
| First Visit Date | **13-Oct-2017** | Last Visit Date | **15-Oct-2017** |

THIS IS TO CERTIFY that the undersigned surveyor(s) to this Bureau, did at the request of the Owners representative attend the Double Hull Oil Carrier CV STEALTH, of Port Valletta, Republic of Malta, Class Number 05140862, IMO Number 9292993, on 13-Oct-2017 as the vessel lay afloat, in order to carry out the survey(s) noted below:

Survey Location: Puerto La Cruz, Venezuela

| Report | Survey Description | Status | Outstanding |
|---|---|---|---|
| BL3396676-C | Tailshaft Survey - Propeller Shaft | Commenced | No |
| BL3396676-D | Boiler Survey - Auxiliary Boiler No.01 | Commenced | Yes |
| BL3396676-E | Special Periodical Survey - Hull 2 | Commenced | Yes |
| BL3396676-F | Special Periodical Survey - Automation 2 | Commenced | No |
| BL3396676-G | Boiler Survey - Exhaust Gas Boiler | Commenced | Yes |
| BL3396676-H | Special Continuous Survey - Machinery 2 | Commenced | Yes |
| BL3396676-I | Boiler Survey - Auxiliary Boiler No.02 | Commenced | Yes |
| BL3396676-J | Drydocking Survey | Commenced | No |
| BL3396676-P | Survey for Compliance - Class | Commenced | No |
| BL3396676-R | Reactivation Survey | Commenced | No |
| BL3396676-T | Other Survey (Class) - Fitness to Proceed | | No |

**Surveyor(s) to The American Bureau of Shipping**

**Reviewed By**

NOTE: This report evidences that the survey reported herein was carried out in compliance with one or more of the Rules, guides, standards or other criteria of the American Bureau of Shipping and is issued solely for the use of the Bureau, its committees, its clients or other authorized entities. This Report is a representation only that the vessel, structure, item or material equipment, machinery or any other item covered by this Report has been examined for compliance with, or has met one or more of the Rules, guides, standards or other criteria of American Bureau of Shipping. The validity, applicability and interpretation of this report is governed by the Rules and standards of American Bureau of Shipping who shall remain the sole judge thereof. Nothing contained in this Report or in any notation made in the contemplation of this Report shall be deemed to relieve any designer, builder, owner, manufacturer, seller, supplier, repairer, operator or other entity of any warranty express or implied.



# AMERICAN BUREAU OF SHIPPING
## CLASS SURVEY REPORT

| | | | |
|---|---|---|---|
| Vessel Name | **CV STEALTH** | Class Number | **05140862** |
| Attending Office | **Balboa** | Report Number | **BL3396676** |
| First Visit Date | **13-Oct-2017** | Last Visit Date | **15-Oct-2017** |

**Outstanding Recommendations**

It is recommended that the following outstanding recommendations be dealt with to the satisfaction of the attending Surveyor as follows:

| Number | Due by Survey | Due by Date |
|---|---|---|
| T-818, T-821, T-824, T-848, T-850, T-851, T-859 | Special Periodical Survey - Hull 2 | 27-Sep-2015 |
| T-787 | Boiler Survey - Exhaust Gas Boiler | 27-Sep-2015 |
| T-823, T-825, T-826, T-827, T-831, T-832, T-833, T-834, T-835, T-836, T-837, T-838, T-839, T-840, T-841, T-843, T-845, T-846, T-847, T-849, T-852, T-856, T-857, T-858, T-844, T-842 | Special Continuous Survey - Machinery 2 | 27-Sep-2015 |
| T-786 | Boiler Survey - Auxiliary Boiler No.02 | 27-Sep-2015 |
| T-785, T-855 | Boiler Survey - Auxiliary Boiler No.01 | 27-Sep-2015 |

**BL3396676-C : Tailshaft Survey - Propeller Shaft**

To complete Tailshaft Survey - Propeller Shaft the following checklist items remains to be dealt with, checklist item sequence numbers 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52, 53, 54, 55, 56, 57, 58, 59, 60, 61

**BL3396676-D : Boiler Survey - Auxiliary Boiler No.01**

To complete Boiler Survey - Auxiliary Boiler No.01 the following checklist items remains to be dealt with, checklist item sequence numbers 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12

**BL3396676-E : Special Periodical Survey - Hull 2**

To complete Special Periodical Survey - Hull 2 the following checklist items remains to be dealt with, checklist item sequence numbers 2, 3, 4, 5, 6, 7, 11, 13, 14, 16, 17, 18, 22, 23, 24, 25, 26, 27, 29, 30, 31, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52, 53, 55, 58, 59, 67, 68, 69, 70, 71, 72, 73, 74, 75, 76, 77, 78, 79, 80, 81, 82, 83, 84, 85, 86, 87, 88, 89, 90, 91, 92, 93, 94, 95, 96, 97, 98, 99, 100, 101, 102, 103, 104, 105, 106, 107, 108, 109, 110, 111, 112, 113

**BL3396676-F : Special Periodical Survey - Automation 2**

To complete Special Periodical Survey - Automation 2 the following checklist items remains to be dealt with, checklist item sequence numbers 1, 2, 3, 9, 10, 12, 13, 15, 16



# AMERICAN BUREAU OF SHIPPING
# CLASS SURVEY REPORT

| | | | |
|---|---|---|---|
| Vessel Name | **CV STEALTH** | Class Number | **05140862** |
| Attending Office | **Balboa** | Report Number | **BL3396676** |
| First Visit Date | **13-Oct-2017** | Last Visit Date | **15-Oct-2017** |

### BL3396676-G : Boiler Survey - Exhaust Gas Boiler

To complete Boiler Survey - Exhaust Gas Boiler the following checklist items remains to be dealt with, checklist item sequence numbers 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12

### BL3396676-H : Special Continuous Survey - Machinery 2

To complete Special Continuous Survey - Machinery 2 the following checklist items remains to be dealt with, checklist item sequence numbers 1, 2, 3, 5, 6, 7, 8, 11, 12, 13, 14, 15, 29, 31, 32, 44, 48, 49, 68, 69, 70, 71, 72, 73, 74, 75, 76, 78, 79, 80, 81, 84, 86, 87, 88, 89, 90, 91, 92, 93, 94, 95, 96, 97, 98, 99, 102, 103, 104, 105, 106, 107, 108, 109, 110, 111, 112, 113, 114, 115, 116

### BL3396676-I : Boiler Survey - Auxiliary Boiler No.02

To complete Boiler Survey - Auxiliary Boiler No.02 the following checklist items remains to be dealt with, checklist item sequence numbers 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12

### BL3396676-J : Drydocking Survey

To complete Drydocking Survey the following checklist items remains to be dealt with, checklist item sequence numbers 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26

### BL3396676-P : Survey for Compliance - Class

To complete Survey for Compliance - Class the following checklist items remains to be dealt with, checklist item sequence numbers 1

### BL3396676-R : Reactivation Survey

To complete Reactivation Survey the following checklist items remains to be dealt with, checklist item sequence numbers 2, 3, 4, 5, 6, 7, 8, 9, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40

### BL3396676-D : Boiler Survey - Auxiliary Boiler No.01

| **T-785** | **Auxiliary Boiler No.01** | | |
|---|---|---|---|
| Opened In Report | BL3396676-D - Boiler Survey - Auxiliary Boiler No.01 | 15-Oct-2017 | Balboa |
| Due By | Boiler Survey - Auxiliary Boiler No.01, 27-Sep-2015 | Recommendation | Outstanding |
| **Found** | Auxiliary Boiler #1 is out of order, as per Chief Engineer allegedly the internal piping are leaking and there is not spare part to dismantling and proceed with necessary repairs. | | |
| **Recommendation** | The boiler are to be examined internally (water-steam side) and externally (fire side) to see the scope of leakage and damage. | | |
| | The repair have to be done by OEM technician as required; spare part, welding, approved materials, | | |



**AMERICAN BUREAU OF SHIPPING**
**CLASS SURVEY REPORT**

| | | | |
|---|---|---|---|
| Vessel Name | **CV STEALTH** | Class Number | **05140862** |
| Attending Office | **Balboa** | Report Number | **BL3396676** |
| First Visit Date | **13-Oct-2017** | Last Visit Date | **15-Oct-2017** |

consumables and workmanship to the satisfaction of the attending ABS Surveyor.

After completion repair, OEM technician have to test the boiler internally by NDE and testing the Boiler as per manuals to the satisfaction of the attending ABS Surveyor.

Checklist Items Rectification — Survey Name: Boiler Survey - Auxiliary Boiler No.01 - Checklist Seq. No(s): 1

---

**T-855**      **Boiler Feed Water System**

| | | | |
|---|---|---|---|
| Opened In Report | BL3396676-D - Boiler Survey - Auxiliary Boiler No.01 | 15-Oct-2017 | Balboa |
| Due By | Boiler Survey - Auxiliary Boiler No.01, 27-Sep-2015 | Recommendation | Outstanding |

**Found**      Boiler Feed Water Tank (cascade tank) with insulation (lining) damaged.

**Recommendation**      Boiler Feed Water Tank (cascade tank) insulation (lining) and associated piping have to be repair/replaced to the satisfaction of the attending ABS Surveyor.

**Rectification**

---

**BL3396676-E : Special Periodical Survey - Hull 2**

---

**T-818**      **Main Deck**

| | | | |
|---|---|---|---|
| Opened In Report | BL3396676-E - Special Periodical Survey - Hull 2 | 15-Oct-2017 | Balboa |
| Due By | Special Periodical Survey - Hull 2, 27-Sep-2015 | Recommendation | Outstanding |

**Found**      Location : Main Deck - Port CTK 2 - Manifold Area (Pr - SB) - CTK 4 Port

Heavy scale corrosion with notable pitting found in way of Main Deck with more density in the following area:

- CTK 1 & 2 - Port
- Manifold Area (Pr - SB), including Crane area
- CTK 4 Port

**Recommendation**      The above state area have to be UTM Gauged with increasing the measurement by ABS Certified Recognized External Specialist witnessed by ABS Surveyor to determined the scope of damages and necessary steel work.

Checklist Items Rectification — Survey Name: Special Periodical Survey - Hull 2 - Checklist Seq. No(s): 21

---

**T-821**      **Outfitting**

| | | | |
|---|---|---|---|
| Opened In Report | BL3396676-E - Special Periodical Survey - Hull 2 | 15-Oct-2017 | Balboa |
| Due By | Special Periodical Survey - Hull 2, 27-Sep-2015 | Recommendation | Outstanding |

**Found**      Sanitary exhaust Fan - Bridge Deck

- Protection have to removed for corrosion and Class Examination
- Electrical engine low megger condition



# AMERICAN BUREAU OF SHIPPING
## CLASS SURVEY REPORT

| | | | | |
|---|---|---|---|---|
| Vessel Name | **CV STEALTH** | | Class Number | **05140862** |
| Attending Office | **Balboa** | | Report Number | **BL3396676** |
| First Visit Date | **13-Oct-2017** | | Last Visit Date | **15-Oct-2017** |

---

Dry Provision Fan - C Deck
      -means of closing (hand wheel) damage by corrosion

**Recommendation** Fan and Exhaust Fan in way of accommodation have to be serviced and overhauled as necessary to the satisfaction of the attending ABS Surveyor.

**Rectification**

---

**T-824**      **Emergency Generator Battery Starting System**

| | | | |
|---|---|---|---|
| Opened In Report | BL3396676-E - Special Periodical Survey - Hull 2 | 15-Oct-2017 | Balboa |
| Due By | Special Periodical Survey - Hull 2, 27-Sep-2015 | Recommendation | Outstanding |

**Found** Emergency Generator Room louver found holed by corrosion.

**Recommendation** Emergency Generator Room louver have to repair/replaced as necessary to test to the satisfaction of the attending ABS Surveyor.

**Rectification**

---

**T-848**      **Manhole Cover (Count: 1)**

| | | | |
|---|---|---|---|
| Opened In Report | BL3396676-E - Special Periodical Survey - Hull 2 | 15-Oct-2017 | Balboa |
| Due By | Special Periodical Survey - Hull 2, 27-Sep-2015 | Recommendation | Outstanding |

**Found** Manholes cover in way of WBT with heavy scale corrosion and missing the hand carriers.

**Recommendation** Manholes cover in way of WBT have to be overhauled, stanciled (iden,including bolts/nuts and hand carriers to the satisfaction of the attending ABS Surveyor.

**Rectification**

---

**T-850**      **Outfitting**

| | | | |
|---|---|---|---|
| Opened In Report | BL3396676-E - Special Periodical Survey - Hull 2 | 15-Oct-2017 | Balboa |
| Due By | Special Periodical Survey - Hull 2, 27-Sep-2015 | Recommendation | Outstanding |

**Found** Fire Monitors Support Struture and platform found with heavy corrosion.

**Recommendation** Fire Monitors Support Structure and platform have to be check by UTM to determinates the scope of repairs to the satisfaction of the attending ABS Surveyor.

**Rectification**

---

**T-851**      **Outfitting**

| | | | |
|---|---|---|---|
| Opened In Report | BL3396676-E - Special Periodical Survey - Hull 2 | 15-Oct-2017 | Balboa |
| Due By | Special Periodical Survey - Hull 2, 27-Sep-2015 | Recommendation | Outstanding |

**Found** Cargo Piping Support Structure in way of main deck found holed and with heavy corrosion.

**Recommendation** Cargo Piping Support Structure piping and stiffener have to be check by UTM to determinates the scope of repairs to the satisfaction of the attending ABS Surveyor.

**Rectification**

---

**T-859**      **Outfitting**

| | | | |
|---|---|---|---|
| Opened In Report | BL3396676-E - Special Periodical Survey - Hull 2 | 15-Oct-2017 | Balboa |

 **AMERICAN BUREAU OF SHIPPING**
**CLASS SURVEY REPORT**

| | | | | |
|---|---|---|---|---|
| Vessel Name | **CV STEALTH** | | Class Number | **05140862** |
| Attending Office | **Balboa** | | Report Number | **BL3396676** |
| First Visit Date | **13-Oct-2017** | | Last Visit Date | **15-Oct-2017** |

| | | | |
|---|---|---|---|
| Due By | Special Periodical Survey - Hull 2, 27-Sep-2015 | Recommendation | Outstanding |
| **Found** | Windlass maneuvering platform and support with signs of heavy corrosion. | | |
| **Recommendation** | Windlass maneuvering platform and support have to be submitted to mechanical cleaning to see the scope of damage and repair necessary to the satisfaction of the attending ABS Surveyor. | | |
| **Rectification** | | | |

---

### BL3396676-G : Boiler Survey - Exhaust Gas Boiler

**T-787**        **Exhaust Gas Piping System**

| | | | |
|---|---|---|---|
| Opened In Report | BL3396676-G - Boiler Survey - Exhaust Gas Boiler | 15-Oct-2017 | Balboa |
| Due By | Boiler Survey - Exhaust Gas Boiler, 27-Sep-2015 | Recommendation | Outstanding |
| **Found** | Exhaust Gas Boiler is out of order, as per Chief Engineer allegedly the internal piping are leaking and there is not spare part to dismantling and proceed with necessary repairs. | | |
| **Recommendation** | The boiler have to be examined internally and externally to see the scope of leakage and damage. | | |
| | The repair have to be done by OEM technician as required; spare part, welding, approved materials, consumables and workmanship to the satisfaction of the attending ABS Surveyor. | | |
| | After completion repair, OEM technician have to test the boiler internally by NDE and testing the Boiler as per manuals to the satisfaction of the attending ABS Surveyor. | | |
| Checklist Items | Survey Name: Boiler Survey - Exhaust Gas Boiler - Checklist Seq. No(s): 1 | | |
| **Rectification** | | | |

---

### BL3396676-H : Special Continuous Survey - Machinery 2

**T-823**        **Emergency Generator Battery Starting System**

| | | | |
|---|---|---|---|
| Opened In Report | BL3396676-H - Special Continuous Survey - Machinery 2 | 15-Oct-2017 | Balboa |
| Due By | Special Continuous Survey - Machinery 2, 27-Sep-2015 | Recommendation | Outstanding |
| **Found** | Emergency Generator Secondary Starting System (hydraulic) found out of order. | | |
| **Recommendation** | Emergency Generator Secondary Starting System (hydraulic) have to be serviced by OEM to tested to the satisfaction of the attending ABS Surveyor. | | |
| **Rectification** | | | |

---

**T-825**        **Outfitting**

| | | | |
|---|---|---|---|
| Opened In Report | BL3396676-H - Special Continuous Survey - Machinery 2 | 15-Oct-2017 | Balboa |
| Due By | Special Continuous Survey - Machinery 2, 27-Sep-2015 | Recommendation | Outstanding |
| **Found** | CO2 room light protection lamp found damaged. | | |
| **Recommendation** | CO2 room light protection lamp have to be replaced to the satisfaction of the attending ABS Surveyor. | | |
| **Rectification** | | | |

---



**AMERICAN BUREAU OF SHIPPING**
**CLASS SURVEY REPORT**

| | | | |
|---|---|---|---|
| Vessel Name | **CV STEALTH** | Class Number | **05140862** |
| Attending Office | **Balboa** | Report Number | **BL3396676** |
| First Visit Date | **13-Oct-2017** | Last Visit Date | **15-Oct-2017** |

---

**T-826** **Outfitting**

| | | | |
|---|---|---|---|
| Opened In Report | BL3396676-H - Special Continuous Survey - Machinery 2 | 15-Oct-2017 | Balboa |
| Due By | Special Continuous Survey - Machinery 2, 27-Sep-2015 | Recommendation | Outstanding |

**Found** Accommodation distribution light lamp in way of all deck and main deck were found damaged (without connection); light burn and/or missing cover protection.

**Recommendation** Accommodation distribution light lamp in way of all deck and main deck have to be repaired/replaced as necessary to the satisfaction of the attending ABS Surveyor.

**Rectification**

---

**T-827** **Ventilation System, Engine Room**

| | | | |
|---|---|---|---|
| Opened In Report | BL3396676-H - Special Continuous Survey - Machinery 2 | 15-Oct-2017 | Balboa |
| Due By | Special Continuous Survey - Machinery 2, 27-Sep-2015 | Recommendation | Outstanding |

**Found** Ventilation System, Engine Room (4 - four units):

-Remotely system to closing the flap found not working (only manually)

-Without means to internal examination

**Recommendation** Ventilation System, Engine Room (4 - four units):

-Remotely system for closing the flap have to be repaired

-Means to internal examination annually have to be developed

The above state items have to be done to the satisfaction of the attending ABS Surveyor.

**Rectification**

---

**T-831** **Ballast System Valves, Remote Operated**

| | | | |
|---|---|---|---|
| Opened In Report | BL3396676-H - Special Continuous Survey - Machinery 2 | 15-Oct-2017 | Balboa |
| Due By | Special Continuous Survey - Machinery 2, 27-Sep-2015 | Recommendation | Outstanding |

**Found** Ballast System Valves, Remote hydraulic system:

-Found with leakage in way of pump room

-One section of piping found dismantled and placed on main deck (house deck port)

**Recommendation** Ballast System Valves, Remote hydraulic system have to be overhauled and tested to the satisfaction of the attending ABS Surveyor.

**Rectification**

---

**T-832** **Compressed Air System**

| | | | |
|---|---|---|---|
| Opened In Report | BL3396676-H - Special Continuous Survey - Machinery 2 | 15-Oct-2017 | Balboa |
| Due By | Special Continuous Survey - Machinery 2, 27-Sep-2015 | Recommendation | Outstanding |

**Found** Main air compressor #1 found with low megger condition

**Recommendation** Main air compressor #1 have to be overhauled the electrical side to the satisfaction of the attending ABS



# AMERICAN BUREAU OF SHIPPING
## CLASS SURVEY REPORT

| | | | | |
|---|---|---|---|---|
| Vessel Name | **CV STEALTH** | | Class Number | **05140862** |
| Attending Office | **Balboa** | | Report Number | **BL3396676** |
| First Visit Date | **13-Oct-2017** | | Last Visit Date | **15-Oct-2017** |

---

| | Surveyor. |
|---|---|
| **Rectification** | |

---

**T-833**      **Compressed Air System**

| | | | |
|---|---|---|---|
| Opened In Report | BL3396676-H - Special Continuous Survey - Machinery 2 | 15-Oct-2017 | Balboa |
| Due By | Special Continuous Survey - Machinery 2, 27-Sep-2015 | Recommendation | Outstanding |
| **Found** | Compressed Air System safety valve found without 5 five year calibration. | | |
| **Recommendation** | Compressed Air System safety valve have to be opened to internal examination and calibration to the satisfaction of the attending ABS Surveyor. | | |
| **Rectification** | | | |

---

**T-834**      **Machinery**

| | | | |
|---|---|---|---|
| Opened In Report | BL3396676-H - Special Continuous Survey - Machinery 2 | 15-Oct-2017 | Balboa |
| Due By | Special Continuous Survey - Machinery 2, 27-Sep-2015 | Recommendation | Outstanding |
| **Found** | Fresh Water hydrophore system found with temporary repairs in way of piping and missing the protection of coupling shaft. | | |
| **Recommendation** | Fresh Water hydrophore system piping have to be properly repaired/replaced and re-fit the protection to the satisfaction of the attending ABS Surveyor. | | |
| **Rectification** | | | |

---

**T-835**      **Gas Detection System, Pump Room**

| | | | |
|---|---|---|---|
| Opened In Report | BL3396676-H - Special Continuous Survey - Machinery 2 | 15-Oct-2017 | Balboa |
| Due By | Special Continuous Survey - Machinery 2, 27-Sep-2015 | Recommendation | Outstanding |
| **Found** | Gas Detection System at Pump Room and Water Ballast Tank out of order. | | |
| **Recommendation** | Gas Detection System at Pump Room and Water Ballast Tank have to be repair by OEM and tested to the satisfaction of the attending ABS Surveyor. | | |
| **Rectification** | | | |

---

**T-836**      **Cargo Tank Level Gauging System**

| | | | |
|---|---|---|---|
| Opened In Report | BL3396676-H - Special Continuous Survey - Machinery 2 | 15-Oct-2017 | Balboa |
| Due By | Special Continuous Survey - Machinery 2, 27-Sep-2015 | Recommendation | Outstanding |
| **Found** | Cargo Tank Radar system found out of order. | | |
| **Recommendation** | Cargo Tank Radar system have to be overhauled by OEM and tested to the satisfaction of the attending ABS Surveyor. | | |
| **Rectification** | | | |

---

**T-837**      **Ballast System Valves, Remote Operated**

| | | | |
|---|---|---|---|
| Opened In Report | BL3396676-H - Special Continuous Survey - Machinery 2 | 15-Oct-2017 | Balboa |
| Due By | Special Continuous Survey - Machinery 2, 27-Sep-2015 | Recommendation | Outstanding |
| **Found** | Ballast System Valves - Remote found out of order hydraulic system with leakage. | | |



# AMERICAN BUREAU OF SHIPPING
## CLASS SURVEY REPORT

| | | | |
|---|---|---|---|
| Vessel Name | **CV STEALTH** | Class Number | **05140862** |
| Attending Office | **Balboa** | Report Number | **BL3396676** |
| First Visit Date | **13-Oct-2017** | Last Visit Date | **15-Oct-2017** |

**Recommendation**  Ballast System Valves - Remote found out of order hydraulic system with leakage have to repaired/replaced to the satisfaction of the attending ABS Surveyor.

**Rectification**

---

**T-838**        **Ballast System**

| | | | |
|---|---|---|---|
| Opened In Report | BL3396676-H - Special Continuous Survey - Machinery 2 | 15-Oct-2017 | Balboa |
| Due By | Special Continuous Survey - Machinery 2, 27-Sep-2015 | Recommendation | Outstanding |
| **Found** | Ballast System - Ullage indicator found out of order | | |

**Recommendation**  Ballast System Ullage indicator have to repaired/replaced and tested to the satisfaction of the attending ABS Surveyor.

**Rectification**

---

**T-839**        **Cargo Oil Piping System**

| | | | |
|---|---|---|---|
| Opened In Report | BL3396676-H - Special Continuous Survey - Machinery 2 | 15-Oct-2017 | Balboa |
| Due By | Special Continuous Survey - Machinery 2, 27-Sep-2015 | Recommendation | Outstanding |
| **Found** | Cargo Oil Pumps and Turbine Temperature and vibration Sensor out of order and missing calibration | | |

**Recommendation**  Cargo Oil Pumps and Turbine Temperature and vibration Sensor have to be repaired/replaced as necessary and recalibration to tested to the satisfaction of the attending ABS Surveyor.

**Rectification**

---

**T-840**        **Main Engine**

| | | | |
|---|---|---|---|
| Opened In Report | BL3396676-H - Special Continuous Survey - Machinery 2 | 15-Oct-2017 | Balboa |
| Due By | Special Continuous Survey - Machinery 2, 27-Sep-2015 | Recommendation | Outstanding |
| **Found** | Main Engine Oil Mist Detection System out of order. | | |

**Recommendation**  Main Engine Oil Mist Detection System have to be overhauled by the OEM to the satisfaction of the attending ABS Surveyor.

**Rectification**

---

**T-841**        **Main Engine**

| | | | |
|---|---|---|---|
| Opened In Report | BL3396676-H - Special Continuous Survey - Machinery 2 | 15-Oct-2017 | Balboa |
| Due By | Special Continuous Survey - Machinery 2, 27-Sep-2015 | Recommendation | Outstanding |
| **Found** | Main Engine Pre-heating Jacket found out of order and with temporary hose feed by heating system from Aux. Generator. | | |

**Recommendation**  Main Engine Pre-heating Jacket intercooler have to be submitted to overhaul and removed of temporary hose feed by heating system from Aux. Generator to the satisfaction of the attending ABS Surveyor.

**Rectification**

---

**T-842**        **Outfitting**



# AMERICAN BUREAU OF SHIPPING
## CLASS SURVEY REPORT

| | | | |
|---|---|---|---|
| Vessel Name | **CV STEALTH** | Class Number | **05140862** |
| Attending Office | **Balboa** | Report Number | **BL3396676** |
| First Visit Date | **13-Oct-2017** | Last Visit Date | **15-Oct-2017** |

---

| | | | |
|---|---|---|---|
| Opened In Report | BL3396676-H - Special Continuous Survey - Machinery 2 | 15-Oct-2017 | Balboa |
| Due By | Special Continuous Survey - Machinery 2, 27-Sep-2015 | Recommendation | Outstanding |
| **Found** | The ICCP system found out of order | | |
| **Recommendation** | The ICCP system to be overhauled by OEM to the satisfaction of the attending ABS Surveyor. | | |
| **Rectification** | | | |

---

**T-843**      **Interior Communication System**

| | | | |
|---|---|---|---|
| Opened In Report | BL3396676-H - Special Continuous Survey - Machinery 2 | 15-Oct-2017 | Balboa |
| Due By | Special Continuous Survey - Machinery 2, 27-Sep-2015 | Recommendation | Outstanding |
| **Found** | Engine Control Room - Interior Communication System found one auto-telephone port missing. | | |
| **Recommendation** | Engine Control Room - Interior Communication System auto-telephone have to be replaced to the satisfaction of the attending ABS Surveyor. | | |
| **Rectification** | | | |

---

**T-844**      **Control Air Dryer**

| | | | |
|---|---|---|---|
| Opened In Report | BL3396676-H - Special Continuous Survey - Machinery 2 | 15-Oct-2017 | Balboa |
| Due By | Special Continuous Survey - Machinery 2, 27-Sep-2015 | Recommendation | Outstanding |
| **Found** | Control Air Dryer out of order. | | |
| **Recommendation** | Control Air Dryer have to be overhauled and tested to the satisfaction of the attending ABS Surveyor. | | |
| **Rectification** | | | |

---

**T-845**      **Sea Water Cooling and Service System**

| | | | |
|---|---|---|---|
| Opened In Report | BL3396676-H - Special Continuous Survey - Machinery 2 | 15-Oct-2017 | Balboa |
| Due By | Special Continuous Survey - Machinery 2, 27-Sep-2015 | Recommendation | Outstanding |
| **Found** | Cooling Sea Water Main Vac. Condenser piping with 7 temporary reapirs | | |
| **Recommendation** | Cooling Sea Water Main Vac. Condenser piping have to be check by UTM to determinates the scope of length to be replaced, hydraulic test have to be carry out upon repaired completion to the satisfaction of the attending ABS Surveyor. | | |
| **Rectification** | | | |

---

**T-846**      **Compressed Air System**

| | | | |
|---|---|---|---|
| Opened In Report | BL3396676-H - Special Continuous Survey - Machinery 2 | 15-Oct-2017 | Balboa |
| Due By | Special Continuous Survey - Machinery 2, 27-Sep-2015 | Recommendation | Outstanding |
| **Found** | Service Air Compressor out of order. | | |
| **Recommendation** | Service Air Compressor have to be overhauled by OEM and tested to the satisfaction of the attending ABS Surveyor. | | |
| **Rectification** | | | |

---

**T-847**      **Steam Piping**



# AMERICAN BUREAU OF SHIPPING
## CLASS SURVEY REPORT

| | | | | |
|---|---|---|---|---|
| Vessel Name | **CV STEALTH** | | Class Number | **05140862** |
| Attending Office | **Balboa** | | Report Number | **BL3396676** |
| First Visit Date | **13-Oct-2017** | | Last Visit Date | **15-Oct-2017** |

---

| | | | |
|---|---|---|---|
| Opened In Report | BL3396676-H - Special Continuous Survey - Machinery 2 | 15-Oct-2017 | Balboa |
| Due By | Special Continuous Survey - Machinery 2, 27-Sep-2015 | Recommendation | Outstanding |
| **Found** | Steam Piping and accesories such as valve, spools and supports found with heavey scale corrosion. | | |
| **Recommendation** | Steam Piping have to be recheck by UTM as necessary; valves, spools and support have to replaced as necessary to the satisfaction of the attending ABS Surveyor. | | |
| **Rectification** | | | |

---

**T-849**          **Deck Water Seal**

| | | | |
|---|---|---|---|
| Opened In Report | BL3396676-H - Special Continuous Survey - Machinery 2 | 15-Oct-2017 | Balboa |
| Due By | Special Continuous Survey - Machinery 2, 27-Sep-2015 | Recommendation | Outstanding |
| **Found** | Deck Water Seal discharge piping totally wastage by corrosion. | | |
| **Recommendation** | Deck Water Seal piping have to be replaced; to be included the internal examination of Deck Water Seal to the satisfaction of the attending ABS Surveyor. | | |
| **Rectification** | | | |

---

**T-852**          **Ballast System**

| | | | |
|---|---|---|---|
| Opened In Report | BL3396676-H - Special Continuous Survey - Machinery 2 | 15-Oct-2017 | Balboa |
| Due By | Special Continuous Survey - Machinery 2, 27-Sep-2015 | Recommendation | Outstanding |
| **Found** | Cargo Pump Room was found the Ballast Piping in way of WB-pump #1 found with temporary repair | | |
| **Recommendation** | Cargo Pump Room - Ballast Piping in way of WB-pump #1 have to be replaced and re-check by UTM the remaining piping to verify the scope of corrosion and repair required to the satisfaction of the attending ABS Surveyor. | | |
| **Rectification** | | | |

---

**T-856**          **Outfitting**

| | | | |
|---|---|---|---|
| Opened In Report | BL3396676-H - Special Continuous Survey - Machinery 2 | 15-Oct-2017 | Balboa |
| Due By | Special Continuous Survey - Machinery 2, 27-Sep-2015 | Recommendation | Outstanding |
| **Found** | Insulation of HVAC piping damaged section between accommodation and engine casing (in way of fire station - Foam tank room). | | |
| **Recommendation** | Insulation of HVAC piping between accommodation and engine casing (Foam tank room) have to repaired/replaced to the satisfaction of the attending ABS Surveyor. | | |
| **Rectification** | | | |

---

**T-857**          **No.3 Diesel Generator Engine and Attachments**

| | | | |
|---|---|---|---|
| Opened In Report | BL3396676-H - Special Continuous Survey - Machinery 2 | 15-Oct-2017 | Balboa |
| Due By | Special Continuous Survey - Machinery 2, 27-Sep-2015 | Recommendation | Outstanding |
| **Found** | No. 1 & 3 Diesel Generator Engines with excessive oily leakage tearing in way of cylinder head cover, fly-wheel seal, forward engine packing seals | | |

---



# AMERICAN BUREAU OF SHIPPING
# CLASS SURVEY REPORT

| | | | |
|---|---|---|---|
| Vessel Name | **CV STEALTH** | Class Number | **05140862** |
| Attending Office | **Balboa** | Report Number | **BL3396676** |
| First Visit Date | **13-Oct-2017** | Last Visit Date | **15-Oct-2017** |

| | |
|---|---|
| **Recommendation** | No. 1 & 3 Diesel Generator Engines have to be re-gasket as necessary to avoid the oily tearing to the satisfaction of the attending ABS Surveyor. |
| **Rectification** | |

---

**T-858**      **Fuel Oil Purification, Storage and Transfer System**

| | | | |
|---|---|---|---|
| Opened In Report | BL3396676-H - Special Continuous Survey - Machinery 2 | 15-Oct-2017 | Balboa |
| Due By | Special Continuous Survey - Machinery 2, 27-Sep-2015 | Recommendation | Outstanding |
| **Found** | Fuel Oil (diesel line) with insulation lining damaged in way of Engine Space 3rd platform Port side. | | |
| **Recommendation** | In general lining/insulation in way of machinery space have to be repair/replaced as necessary to the satisfaction of the attending ABS Surveyor. | | |
| **Rectification** | | | |

---

**BL3396676-I : Boiler Survey - Auxiliary Boiler No.02**

---

**T-786**      **Auxiliary Boiler No.02**

| | | | |
|---|---|---|---|
| Opened In Report | BL3396676-I - Boiler Survey - Auxiliary Boiler No.02 | 15-Oct-2017 | Balboa |
| Due By | Boiler Survey - Auxiliary Boiler No.02, 27-Sep-2015 | Recommendation | Outstanding |
| **Found** | Auxiliary Boiler #2 is out of order, as per Chief Engineer allegedly the internal piping are leaking and there is not spare part to dismantling and proceed with necessary repairs. | | |
| **Recommendation** | The boiler have to be examined internally (water-steam side) and externally (fire side) to see the scope of leakage and damages. | | |
| | The repair have to be done by OEM technician as required; spare part, welding, approved materials, consumables and workmanship to the satisfaction of the attending ABS Surveyor. | | |
| | After completion repair, OEM technician have to test the boiler internally by NDE and testing the Boiler as per manuals to the satisfaction of the attending ABS Surveyor. | | |
| Checklist Items | Survey Name: Boiler Survey - Auxiliary Boiler No.02 - Checklist Seq. No(s): 1 | | |
| **Rectification** | | | |

---

**BL3396676-R : Reactivation Survey**

---

**Statement/Observation**

---

**T-853**

During the time of this Survey the following condition were observed and in that sense the Reactivation Survey is considerate "commence":



# AMERICAN BUREAU OF SHIPPING
## CLASS SURVEY REPORT

| | | | |
|---|---|---|---|
| Vessel Name | **CV STEALTH** | Class Number | **05140862** |
| Attending Office | **Balboa** | Report Number | **BL3396676** |
| First Visit Date | **13-Oct-2017** | Last Visit Date | **15-Oct-2017** |

### Hull and Outfit

-Drydocking Survey expired; at the present location is not allowed cleaning to proceed with essential diver inspection to verify the actual condition of hull water side; heavy presence of Marine Growth
-Vessel doesnt carry the Minimum Safe Manning as per last MSM-Certificate found on board
-Anchors Port side and six (06) length chain cables missing
-Ships whistle compass deck out of order
-Ships radio installation without periodical annual Survey; Radar with service out of range and pending replacement of magnetron; VDR out of Services; MF/HF out of services; SSAS out of services
-Fire extinguishing arrangements; Co2; Portable & Semi portable; water mist system out of range by annual service
-Foam system out of range by annual service
-Life saving appliances out of range by 5-year service and primary consumable expired

### Machinery

-Boilers including Auxiliaries and Exhaust Gas out of order
-Incinerator out of order
-Engine lubricating oil, stern bearing oil and steering system hydraulic fluids are to be analyzed no available
-Turbine rotor journal and thrust bearings selectively examined due no available spare parts
-All essential auxiliary machinery and equipment are stated in the BL3396676 those that presently have temporary repair or out of order
-All essential piping systems are stated in the BL3396676 those that presently have temporary repair or out of order.
-All required fire extinguishing arrangements are stated in the BL3396676 those that presently have out of range of services.

### Control and Instrumentation

-Ballast Water Hydraulic Valve System with leakage by pores
-COP Temperature and Vibration sensor out of range of calibration
-Radar of COT sensor out of range of calibration
-Ullage system for COT & WBT sensor out of range of calibration
-Gas sampling system out of range of calibration
-Oil mist detection system out of order and range of calibration

### Trials

-Vessel is not complying with minimum safe manning as required by Flag Administration

### Documentation and Certification



**AMERICAN BUREAU OF SHIPPING**
**CLASS SURVEY REPORT**

| | | | |
|---|---|---|---|
| Vessel Name | **CV STEALTH** | Class Number | **05140862** |
| Attending Office | **Balboa** | Report Number | **BL3396676** |
| First Visit Date | **13-Oct-2017** | Last Visit Date | **15-Oct-2017** |

-The validity of the various statutory or trading documents are expired

-ISM and ISPS audits pending (other IACS member)

**Additional Items for Consideration**

-Necessary supplies, spare parts and consumables; not available

-Cargo gear expired Load 5-year load test

-Specialized equipment related to the type of cargo are stated in the BL3396676 those that presently have out of range by calibration or out of order.

---

**BL3396676-T : Other Survey (Class)**

---

**Statement/Observation**

---

**T-860**          **Fitness to Proceed under Tow**

This Statement cover only the vessel **CV STEALTH** under tow and not the towing vessel or towing equipment.

A general examination of the vessel's hull, main deck and externally wind strake side no required repairs carried out at this time.

Engine Spaces and Pump Room spaces was to confirmed all closing appliances to spaces below the freeboard and enclosed superstructure decks are in working order and capable of being made weathertight, those item that need attention are been stated in the report BL3396676.

In connection with the above survey the following items were examined and found satisfactory:

- Hatch coamings including deck connections, stiffeners, stays and brackets.
- Cargo tank openings including gaskets, covers and coamings.
- Hatchways, manholes and scuttles in the freeboard deck and enclosed superstructure decks.
- Machinery casings, fidley covers, companionways and deck houses protecting openings in the freeboard deck or enclosed superstructure decks.
- Portlights together with deadcovers, openings in the vessel's sides or ends below the freeboard deck or in way of enclosed superstructures.
- Ventilators, air pipes together with flame screens, scuppers and discharges serving spaces on or below the freeboard deck.
- Watertight bulkheads, bulkhead penetrations, end bulkheads of enclosed superstructures and the operation and doors in connection.
- Weathertight doors and closing appliances including stiffening, dogs, hinges and gaskets
- Sea valves and overboard discharge valves to be closed and wired. - - still pending in way of



# AMERICAN BUREAU OF SHIPPING
## CLASS SURVEY REPORT

| | | | |
|---|---|---|---|
| Vessel Name | **CV STEALTH** | Class Number | **05140862** |
| Attending Office | **Balboa** | Report Number | **BL3396676** |
| First Visit Date | **13-Oct-2017** | Last Visit Date | **15-Oct-2017** |

engine spaces, when vessel shut down.
- Bilge, ballast and transfer valves closed (till pending engine side until shut down vessel).
- Bilges pumped dry. - - (pending when vessel shut down.)
- Rudder secured amidships by fitted bars to the foundations.
- Propeller shaft securely by turning gear engaged and blocked the fly wheel by stuck bars to prevent turning.
- Water-lubricated-type stern glands  tightened up no comments, found satisfactory
- The freeboard marks to be sighted and in accordance with the Load Line Certificate
- Risk assessment to other vessels or the environment to the towing (still pending)
- Flag Administration notification and agreement (still pending)



# AMERICAN BUREAU OF SHIPPING
## STATUTORY SURVEY REPORT

| | | | |
|---|---|---|---|
| Vessel Name | **CV STEALTH** | Class Number | **05140862** |
| Attending Office | **Balboa** | Report Number | **BL3396676** |
| First Visit Date | **13-Oct-2017** | Last Visit Date | **15-Oct-2017** |

THIS IS TO CERTIFY that the undersigned surveyor(s) to this Bureau, did at the request of the Owners representative attend the Double Hull Oil Carrier CV STEALTH, of Port Valletta, Republic of Malta, Class Number 05140862, IMO Number 9292993, on 13-Oct-2017 as the vessel lay afloat, in order to carry out the inspection(s) noted below:

Survey Location: Puerto La Cruz, Venezuela

| Report | Survey Description | Status | Outstanding |
|---|---|---|---|
| BL3396676-A | Elevator Survey | Commenced | Yes |
| BL3396676-B | Cargo Gear Survey | Commenced | Yes |
| BL3396676-K | Renewal Load Line Survey 2 | Commenced | No |
| BL3396676-L | Renewal Safety Construction Survey 2 | Commenced | No |
| BL3396676-M | Renewal IAPP Annex VI Survey 2 | Commenced | Yes |
| BL3396676-N | Renewal IOPP Annex I Survey 2 | Commenced | Yes |
| BL3396676-O | Renewal Safety Equipment Survey 2 | Commenced | Yes |
| BL3396676-Q | Survey for Compliance - Statutory | Commenced | No |
| BL3396676-S | Initial Ballast Water Management Survey | Commenced | No |
| BL3396676-U | Other Survey (Statutory) - Periodical Safety Radio Survey | | Yes |

**Surveyor(s) to The American Bureau of Shipping**

**Reviewed By**

NOTE: This report evidences that the survey reported herein was carried out in compliance with one or more of the Rules, guides, standards or other criteria of the American Bureau of Shipping and is issued solely for the use of the Bureau, its committees, its clients or other authorized entities. This Report is a representation only that the vessel, structure, item or material equipment, machinery or any other item covered by this Report has been examined for compliance with, or has met one or more of the Rules, guides, standards or other criteria of American Bureau of Shipping. The validity, applicability and interpretation of this report is governed by the Rules and standards of American Bureau of Shipping who shall remain the sole judge thereof. Nothing contained in this Report or in any notation made in the contemplation of this Report shall be deemed to relieve any designer, builder, owner, manufacturer, seller, supplier, repairer, operator or other entity of any warranty express or implied.



# AMERICAN BUREAU OF SHIPPING
## STATUTORY SURVEY REPORT

| | | | |
|---|---|---|---|
| Vessel Name | **CV STEALTH** | Class Number | **05140862** |
| Attending Office | **Balboa** | Report Number | **BL3396676** |
| First Visit Date | **13-Oct-2017** | Last Visit Date | **15-Oct-2017** |

### Outstanding Deficiencies

It is recommended that the following outstanding deficiencies be dealt with to the satisfaction of the attending Surveyor as follows:

| Item | Due by Survey | Due by Date |
|---|---|---|
| T-798, T-799, T-800, T-801, T-802, T-803, T-804, T-805, T-806, T-807, T-808, T-809, T-810, T-812, T-814, T-815, T-816, T-817, T-822, T-828, T-829, T-811, T-830, T-854 | Renewal Safety Equipment Survey 2 | 27-Sep-2015 |
| T-794, T-795, T-796 | Renewal IOPP Annex I Survey 2 | 27-Sep-2015 |
| T-819 | Renewal IAPP Annex VI Survey 2 | 27-Sep-2015 |

### Outstanding Findings

It is recommended that the following outstanding findings be dealt with to the satisfaction of the attending Surveyor as follows:

| Item | Due by Survey | Due by Date |
|---|---|---|
| T-789 | Elevator Survey | 05-May-2015 |
| T-788, T-820 | Cargo Gear Survey | 22-Apr-2015 |

### BL3396676-A : Elevator Survey

To complete Elevator Survey the following checklist items remains to be dealt with, checklist item sequence numbers 1, 3, 4

### BL3396676-B : Cargo Gear Survey

To complete Cargo Gear Survey the following checklist items remains to be dealt with, checklist item sequence numbers 1, 2, 3, 4, 5, 6, 8, 9, 10, 11, 12, 13, 14

### BL3396676-K : Renewal Load Line Survey 2

To complete Renewal Load Line Survey 2 the following checklist items remains to be dealt with, checklist item sequence numbers 14, 16, 17, 18, 19

### BL3396676-L : Renewal Safety Construction Survey 2

To complete Renewal Safety Construction Survey 2 the following checklist items remains to be dealt with, checklist item sequence



**AMERICAN BUREAU OF SHIPPING**
**STATUTORY SURVEY REPORT**

| | | | |
|---|---|---|---|
| Vessel Name | **CV STEALTH** | Class Number | **05140862** |
| Attending Office | **Balboa** | Report Number | **BL3396676** |
| First Visit Date | **13-Oct-2017** | Last Visit Date | **15-Oct-2017** |

numbers 15, 16, 17, 18, 19, 23, 24, 26, 28, 29, 30, 31

### BL3396676-M : Renewal IAPP Annex VI Survey 2

To complete Renewal IAPP Annex VI Survey 2 the following checklist items remains to be dealt with, checklist item sequence numbers 23, 24

### BL3396676-N : Renewal IOPP Annex I Survey 2

To complete Renewal IOPP Annex I Survey 2 the following checklist items remains to be dealt with, checklist item sequence numbers 10, 11, 17, 18, 19, 24, 25, 26, 27, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39

### BL3396676-O : Renewal Safety Equipment Survey 2

To complete Renewal Safety Equipment Survey 2 the following checklist items remains to be dealt with, checklist item sequence numbers 2, 3, 5, 7, 8, 9, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 27, 28, 29, 30, 31, 32, 33, 44, 45, 46

### BL3396676-Q : Survey for Compliance - Statutory

To complete Survey for Compliance - Statutory the following checklist items remains to be dealt with, checklist item sequence numbers 17

### BL3396676-S : Initial Ballast Water Management Survey

To complete Initial Ballast Water Management Survey the following checklist items remains to be dealt with, checklist item sequence numbers 1

### BL3396676-U : Other Survey (Statutory) - Periodical Safety Radio Survey

To complete Other Survey (Statutory) - Periodical Safety Radio Survey the following checklist items remains to be dealt with, checklist item sequence numbers 1, 2, 3, 4, 5

### BL3396676-A : Elevator Survey

| T-789 | Outfitting | | | |
|---|---|---|---|---|
| | Opened In Report | BL3396676-A - Elevator Survey | 15-Oct-2017 | Balboa |
| | Due By | Elevator Survey, 05-May-2015 | Minor | Outstanding |
| | **Found** | Elevator is out of order and falls expired. | | |
| | **Recommendation** | Elevators fall have to be replaced and proceed with the requirement of periodic tests and inspections as per guide for certification of lifting appliances to the satisfaction of the attending abs surveyor. | | |
| | **Checklist Items Rectification** | Survey Name: Elevator Survey - Checklist Seq. No(s): 2 | | |



# AMERICAN BUREAU OF SHIPPING
## STATUTORY SURVEY REPORT

| | | | |
|---|---|---|---|
| Vessel Name | **CV STEALTH** | Class Number | **05140862** |
| Attending Office | **Balboa** | Report Number | **BL3396676** |
| First Visit Date | **13-Oct-2017** | Last Visit Date | **15-Oct-2017** |

### BL3396676-B : Cargo Gear Survey

**T-788**           **Outfitting**

| | | | |
|---|---|---|---|
| Opened In Report | BL3396676-B - Cargo Gear Survey | 15-Oct-2017 | Balboa |
| Due By | Cargo Gear Survey, 22-Apr-2015 | Minor | Outstanding |
| **Found** | Provision Crane found with oil leake in way of hydraulic piston assambley. | | |
| **Recommendation** | Provision Crane Hydraulic piston assembly have to be submitted to overhaul, load test (5 five years) to the satisfaction of the attending ABS Surveyor. | | |
| Checklist Items | Survey Name: Cargo Gear Survey - Checklist Seq. No(s): 1 | | |
| **Rectification** | | | |

**T-820**           **Outfitting**

| | | | |
|---|---|---|---|
| Opened In Report | BL3396676-B - Cargo Gear Survey | 15-Oct-2017 | Balboa |
| Due By | Cargo Gear Survey, 22-Apr-2015 | Minor | Outstanding |
| **Found** | Load Test 5 five  Rocking Test pending to carry out | | |
| **Recommendation** | Load Test 5 five year and rocking test have to be carry out to the satisfaction of the attending ABS Surveyor. | | |
| **Rectification** | | | |

### BL3396676-M : Renewal IAPP Annex VI Survey 2

**T-819**           **Outfitting**

| | | | |
|---|---|---|---|
| Opened In Report | BL3396676-M - Renewal IAPP Annex VI Survey 2 | 15-Oct-2017 | Balboa |
| Due By | Renewal IAPP Annex VI Survey 2, 27-Sep-2015 | Major | Outstanding |
| **Found** | Incinerator is out of order | | |
| | - Sensor of common trip doesn't work | | |
| | - Sludge pump out of order | | |
| **Recommendation** | Incinerator have to be serviced by OEM and tested to the satisfaction of the attending ABS Surveyor. | | |
| Checklist Items | Survey Name: Renewal IAPP Annex VI Survey 2 - Checklist Seq. No(s): 14 | | |
| **Rectification** | | | |

### BL3396676-N : Renewal IOPP Annex I Survey 2

**T-794**           **Bilge Water Separating System**

| | | | |
|---|---|---|---|
| Opened In Report | BL3396676-N - Renewal IOPP Annex I Survey 2 | 15-Oct-2017 | Balboa |
| Due By | Renewal IOPP Annex I Survey 2, 27-Sep-2015 | Minor | Outstanding |
| **Found** | Oily Water Separator pending to internal examination and recalibration by OEM | | |
| **Recommendation** | Oily Water Separator have to be opened to internal examination and recalibration as per Manual by OEM. | | |
| Checklist Items | Survey Name: Renewal IOPP Annex I Survey 2 - Checklist Seq. No(s): 4 | | |
| **Rectification** | | | |



# AMERICAN BUREAU OF SHIPPING
## STATUTORY SURVEY REPORT

| | | | |
|---|---|---|---|
| Vessel Name | **CV STEALTH** | Class Number | **05140862** |
| Attending Office | **Balboa** | Report Number | **BL3396676** |
| First Visit Date | **13-Oct-2017** | Last Visit Date | **15-Oct-2017** |

---

**T-795**        **Outfitting**

| | | | |
|---|---|---|---|
| Opened In Report | BL3396676-N - Renewal IOPP Annex I Survey 2 | 15-Oct-2017 | Balboa |
| Due By | Renewal IOPP Annex I Survey 2, 27-Sep-2015 | Minor | Outstanding |
| **Found** | COW piping , valves, and deck support with heavy signs of corrosion, in some case totally waste or heavily damaged. | | |

COW piping, hydrostatic testing missing / overdue.

**Recommendation**   COW piping and outfiting have to be overhauled and test to the satisfaction of attending ABS Surveyor.
**Checklist Items**   Survey Name: Renewal IOPP Annex I Survey 2 - Checklist Seq. No(s): 21
**Rectification**

---

**T-796**        **Outfitting**

| | | | |
|---|---|---|---|
| Opened In Report | BL3396676-N - Renewal IOPP Annex I Survey 2 | 15-Oct-2017 | Balboa |
| Due By | Renewal IOPP Annex I Survey 2, 27-Sep-2015 | Major | Outstanding |
| **Found** | The following item are overdue/expired: | | |

- Oily/water interface detector (UTI) calibration expired

- Cargo Tank Radar out of order

- Rapid Respond Damage Assessment RRDA expired 31 July 2016

**Recommendation**   All the above state conditions have to be solved to the satisfaction of attending ABS Surveyor.
**Checklist Items**   Survey Name: Renewal IOPP Annex I Survey 2 - Checklist Seq. No(s): 1
**Rectification**

---

**BL3396676-O : Renewal Safety Equipment Survey 2**

---

**T-798**        **Outfitting**

| | | | |
|---|---|---|---|
| Opened In Report | BL3396676-O - Renewal Safety Equipment Survey 2 | 15-Oct-2017 | Balboa |
| Due By | Renewal Safety Equipment Survey 2, 27-Sep-2015 | Major | Outstanding |
| **Found** | The following item were found at the time of this Survey: | | |

-Table or curve of residual deviations for the magnetic compass found expired

-Rescue Manual (IAMSAR) volume III expired

-Charts and current nautical publications or equivalent NTM published by other authorities expired

-IMO library with relevant book edition expired/obsolete

-ECDIS (Electronic Chart Display and Information System) is not in complying with Solas Regulation 19

**Recommendation**   The above state condition have to be repair or replaced as necessary to the satisfaction of the attending ABS Surveyor.

**Checklist Items**   Survey Name: Renewal Safety Equipment Survey 2 - Checklist Seq. No(s): 1



**AMERICAN BUREAU OF SHIPPING**
**STATUTORY SURVEY REPORT**

| | | | |
|---|---|---|---|
| Vessel Name | **CV STEALTH** | Class Number | **05140862** |
| Attending Office | **Balboa** | Report Number | **BL3396676** |
| First Visit Date | **13-Oct-2017** | Last Visit Date | **15-Oct-2017** |

**Rectification**

---

**T-799**      **Outfitting**

| | | | |
|---|---|---|---|
| Opened In Report | BL3396676-O - Renewal Safety Equipment Survey 2 | 15-Oct-2017 | Balboa |
| Due By | Renewal Safety Equipment Survey 2, 27-Sep-2015 | Major | Outstanding |
| **Found** | During the Safety Equipment Survey the following item were observed: | | |

- Radar transponders battery Expired
-Satellite EPIRBs (HRU - Expired)
-12 red parachute flares Expired
-04 Line throwing appliances Expired

| | |
|---|---|
| **Recommendation** | The above state conditions have to be repaired / replaced as necessary to the satisfaction of attending ABS Surveyor. |
| Checklist Items | Survey Name: Renewal Safety Equipment Survey 2 - Checklist Seq. No(s): 3 |
| **Rectification** | |

---

**T-800**      **Outfitting**

| | | | |
|---|---|---|---|
| Opened In Report | BL3396676-O - Renewal Safety Equipment Survey 2 | 15-Oct-2017 | Balboa |
| Due By | Renewal Safety Equipment Survey 2, 27-Sep-2015 | Minor | Outstanding |
| **Found** | Radar services found expired, required the replaced of magnetron. | | |

| | |
|---|---|
| **Recommendation** | Radar equipment have to be overhauled as required by OEM to the satisfaction of attending ABS Surveyor. |
| Checklist Items | Survey Name: Renewal Safety Equipment Survey 2 - Checklist Seq. No(s): 5 |
| **Rectification** | |

---

**T-801**      **VDR**

| | | | |
|---|---|---|---|
| Opened In Report | BL3396676-O - Renewal Safety Equipment Survey 2 | 15-Oct-2017 | Balboa |
| Due By | Renewal Safety Equipment Survey 2, 27-Sep-2015 | Major | Outstanding |
| **Found** | Voyage Data Record (VDR) is out of order. | | |
| **Recommendation** | Voyage Data Record (VDR) to be serviced by ABS Certified Recognized External Specialist to the satisfaction of the attending ABS Surveyor. | | |
| Checklist Items | Survey Name: Renewal Safety Equipment Survey 2 - Checklist Seq. No(s): 7 | | |
| **Rectification** | | | |

---

**T-802**      **Electronic Chart Display and Information System (ECDIS)**

| | | | |
|---|---|---|---|
| Opened In Report | BL3396676-O - Renewal Safety Equipment Survey 2 | 15-Oct-2017 | Balboa |
| Due By | Renewal Safety Equipment Survey 2, 27-Sep-2015 | Major | Outstanding |
| **Found** | ECDIS (Electronic Chart Display and Information System) is not complying with Solas | | |
| | Reg.19 | | |
| **Recommendation** | ECDIS (Electronic Chart Display and Information System) have to be upgraded as required by SOLAS to the | | |



**AMERICAN BUREAU OF SHIPPING**
**STATUTORY SURVEY REPORT**

| | | | |
|---|---|---|---|
| Vessel Name | **CV STEALTH** | Class Number | **05140862** |
| Attending Office | **Balboa** | Report Number | **BL3396676** |
| First Visit Date | **13-Oct-2017** | Last Visit Date | **15-Oct-2017** |

| | |
|---|---|
| | satisfaction of the attending ABS Surveyor. |
| Checklist Items | Survey Name: Renewal Safety Equipment Survey 2 - Checklist Seq. No(s): 11 |
| **Rectification** | |

---

**T-803**        **Pyrotechnics**

| | | | |
|---|---|---|---|
| Opened In Report | BL3396676-O - Renewal Safety Equipment Survey 2 | 15-Oct-2017 | Balboa |
| Due By | Renewal Safety Equipment Survey 2, 27-Sep-2015 | Major | Outstanding |
| **Found** | The following Pyrotechnics were found expired on board the both Lifeboats: | | |
| | -Four (4) red parachute flares | | |
| | -Six (6) red hand flares | | |
| | -Two (2) buoyant smoke signals | | |
| **Recommendation** | The above Pyrotechnics have to be replaced for both lifeboat to the satisfaction of the attending ABS Surveyor. | | |
| Checklist Items | Survey Name: Renewal Safety Equipment Survey 2 - Checklist Seq. No(s): 31 | | |
| **Rectification** | | | |

---

**T-804**        **Inflatable Liferaft (Count: 5)**

| | | | |
|---|---|---|---|
| Opened In Report | BL3396676-O - Renewal Safety Equipment Survey 2 | 15-Oct-2017 | Balboa |
| Due By | Renewal Safety Equipment Survey 2, 27-Sep-2015 | Minor | Outstanding |
| **Found** | Four (04) - inflatable liferafts and hydrostatic releases units services expired | | |
| | One (01) - inflatable liferafts required by regulation III/31.1.4 service expired | | |
| **Recommendation** | All inflatable liferafts and hydrostatic releases units serviced or replaced as required by ABS Certified Recognized External Specialist to the satisfaction of the attending ABS Surveyor. | | |
| Checklist Items | Survey Name: Renewal Safety Equipment Survey 2 - Checklist Seq. No(s): 32 | | |
| **Rectification** | | | |

---

**T-805**        **Pilot Ladder**

| | | | |
|---|---|---|---|
| Opened In Report | BL3396676-O - Renewal Safety Equipment Survey 2 | 15-Oct-2017 | Balboa |
| Due By | Renewal Safety Equipment Survey 2, 27-Sep-2015 | Minor | Outstanding |
| **Found** | The pilot transfer arrangements Port Side, found out of position. | | |
| **Recommendation** | The pilot transfer arrangements have to be in position to the satisfaction of the attending ABS Surveyor. | | |
| Checklist Items | Survey Name: Renewal Safety Equipment Survey 2 - Checklist Seq. No(s): 41 | | |
| **Rectification** | | | |

---

**T-806**        **Pyrotechnics**

| | | | |
|---|---|---|---|
| Opened In Report | BL3396676-O - Renewal Safety Equipment Survey 2 | 15-Oct-2017 | Balboa |
| Due By | Renewal Safety Equipment Survey 2, 27-Sep-2015 | Minor | Outstanding |
| **Found** | Life buoys with self-activated smoke signal and self-igniting light are expired, retro-reflective material and rope found worn; to both side Pr & SB. | | |



**AMERICAN BUREAU OF SHIPPING**
**STATUTORY SURVEY REPORT**

| | | | |
|---|---|---|---|
| Vessel Name | **CV STEALTH** | Class Number | **05140862** |
| Attending Office | **Balboa** | Report Number | **BL3396676** |
| First Visit Date | **13-Oct-2017** | Last Visit Date | **15-Oct-2017** |

| | |
|---|---|
| Recommendation | Pr & SB Life buoys including all required attachments, retro-reflective material and markings. with self-activated smoke signal and self-igniting light have to be replaced to the satisfaction of the attending ABS Surveyor. |
| Checklist Items Rectification | Survey Name: Renewal Safety Equipment Survey 2 - Checklist Seq. No(s): 42 |

---

**T-807**       **Immersion Suit (Count: 3)**

| | | | |
|---|---|---|---|
| Opened In Report | BL3396676-O - Renewal Safety Equipment Survey 2 | 15-Oct-2017 | Balboa |
| Due By | Renewal Safety Equipment Survey 2, 27-Sep-2015 | Minor | Outstanding |
| **Found** | Immersion suits service expired (shore side). | | |
| **Recommendation** | Immersion suits are to be serviced according to manufacturer's specifications, to the satisfaction of the attending ABS Surveyor. | | |
| Checklist Items Rectification | Survey Name: Renewal Safety Equipment Survey 2 - Checklist Seq. No(s): 42 | | |

---

**T-808**       **Emergency Fire Pump**

| | | | |
|---|---|---|---|
| Opened In Report | BL3396676-O - Renewal Safety Equipment Survey 2 | 15-Oct-2017 | Balboa |
| Due By | Renewal Safety Equipment Survey 2, 27-Sep-2015 | Major | Outstanding |
| **Found** | Emergency Fire Pump can be running, but is not able to produce primary suction and delivery. | | |
| **Recommendation** | Emergency Fire Pump have to be opened to internal examination, verify the scope of repair/replaced as necessary to test to the satisfaction of the attending ABS Surveyor. | | |
| Checklist Items Rectification | Survey Name: Renewal Safety Equipment Survey 2 - Checklist Seq. No(s): 49 | | |

---

**T-809**       **Fire System, Fixed CO2 System**

| | | | |
|---|---|---|---|
| Opened In Report | BL3396676-O - Renewal Safety Equipment Survey 2 | 15-Oct-2017 | Balboa |
| Due By | Renewal Safety Equipment Survey 2, 27-Sep-2015 | Major | Outstanding |
| **Found** | Fixed gas fire extinguishing system have been not serviced by ABS Certified Recognized External Specialist (expired on 2015). | | |
| **Recommendation** | Fixed gas fire extinguishing system have to be serviced by ABS Certified Recognized External Specialist, to the satisfaction of the attending ABS Surveyor. | | |
| Checklist Items Rectification | Survey Name: Renewal Safety Equipment Survey 2 - Checklist Seq. No(s): 51 | | |

---

**T-810**       **Fire Main System**

| | | | |
|---|---|---|---|
| Opened In Report | BL3396676-O - Renewal Safety Equipment Survey 2 | 15-Oct-2017 | Balboa |
| Due By | Renewal Safety Equipment Survey 2, 27-Sep-2015 | Major | Outstanding |
| **Found** | Fixed low expansion foam have been not test by Laboratory by ABS Certified Recognized External Specialist (expired on 2015). | | |
| **Recommendation** | Fixed low expansion foam have to be tested by Laboratory with ABS Certified Recognized External Specialist. | | |

---



**AMERICAN BUREAU OF SHIPPING**
**STATUTORY SURVEY REPORT**

| | | | |
|---|---|---|---|
| Vessel Name | **CV STEALTH** | Class Number | **05140862** |
| Attending Office | **Balboa** | Report Number | **BL3396676** |
| First Visit Date | **13-Oct-2017** | Last Visit Date | **15-Oct-2017** |

Checklist Items **Rectification**    Survey Name: Renewal Safety Equipment Survey 2 - Checklist Seq. No(s): 2

---

**T-811**         **Fixed Local Application Fire Extinguishing System - 1**

| | | | |
|---|---|---|---|
| Opened In Report | BL3396676-O - Renewal Safety Equipment Survey 2 | 15-Oct-2017 | Balboa |
| Due By | Renewal Safety Equipment Survey 2, 27-Sep-2015 | Major | Outstanding |

**Found**    Fixed water mist systems was found active and auto-mode, but no records / evidence of tested; when Surveyor asked to tested Engine Staff declined due they don't know where the system could be fail because corrosion and there is not the necessary resources to any contingencies.

**Recommendation**    Fixed water mist systems have to be serviced, including overhaul of pump by OEM or ABS Certified Recognized External Specialist, to the satisfaction of the attending ABS Surveyor.

Checklist Items **Rectification**    Survey Name: Renewal Safety Equipment Survey 2 - Checklist Seq. No(s): 55

---

**T-812**         **Fire Main System**

| | | | |
|---|---|---|---|
| Opened In Report | BL3396676-O - Renewal Safety Equipment Survey 2 | 15-Oct-2017 | Balboa |
| Due By | Renewal Safety Equipment Survey 2, 27-Sep-2015 | Major | Outstanding |

**Found**    Portable and Semi portable fire extinguishing system have been not serviced by ABS Certified Recognized External Specialist.

**Recommendation**    Portable and Semi portable fire extinguishing system have to be serviced by ABS Certified Recognized External Specialist, to the satisfaction of the attending ABS Surveyor.

Checklist Items **Rectification**    Survey Name: Renewal Safety Equipment Survey 2 - Checklist Seq. No(s): 59

---

**T-814**         **Emergency Generator Battery Starting System**

| | | | |
|---|---|---|---|
| Opened In Report | BL3396676-O - Renewal Safety Equipment Survey 2 | 15-Oct-2017 | Balboa |
| Due By | Renewal Safety Equipment Survey 2, 27-Sep-2015 | Major | Outstanding |

**Found**    Emergency Generator Secondary Starting System (hydraulic) found out of order.

**Recommendation**    Emergency Generator Secondary Starting System (hydraulic) have to be serviced by OEM to tested to the satisfaction of the attending ABS Surveyor.

Checklist Items **Rectification**    Survey Name: Renewal Safety Equipment Survey 2 - Checklist Seq. No(s): 66

---

**T-815**         **Fire Extinguishing System for Deep-Fat Cooking Equipment**

| | | | |
|---|---|---|---|
| Opened In Report | BL3396676-O - Renewal Safety Equipment Survey 2 | 15-Oct-2017 | Balboa |
| Due By | Renewal Safety Equipment Survey 2, 27-Sep-2015 | Major | Outstanding |

**Found**    Galley Fixed gas fire extinguishing system have been not serviced by ABS Certified Recognized External Specialist.

**Recommendation**    Galley Fixed gas fire extinguishing system have to be serviced by ABS Certified Recognized External Specialist to the satisfaction of the attending ABS Surveyor.



**AMERICAN BUREAU OF SHIPPING**
**STATUTORY SURVEY REPORT**

| | | | |
|---|---|---|---|
| Vessel Name | **CV STEALTH** | Class Number | **05140862** |
| Attending Office | **Balboa** | Report Number | **BL3396676** |
| First Visit Date | **13-Oct-2017** | Last Visit Date | **15-Oct-2017** |

| | |
|---|---|
| Checklist Items | Survey Name: Renewal Safety Equipment Survey 2 - Checklist Seq. No(s): 67 |
| **Rectification** | |

---

**T-816**      **Inert Gas System**

| | | | |
|---|---|---|---|
| Opened In Report | BL3396676-O - Renewal Safety Equipment Survey 2 | 15-Oct-2017 | Balboa |
| Due By | Renewal Safety Equipment Survey 2, 27-Sep-2015 | Major | Outstanding |
| **Found** | Inert Gas System found out of order, boiler can't running to produce flue gas and the control system need to serviced by OEM. | | |
| **Recommendation** | Inert Gas System need to be take necessary action: | | |

- Risk Assessment have to developed asap
- System have to be serviced by OEM.
- Daily Records of Oxygen level and LEL level have to be recorded

| | |
|---|---|
| | Inert Gas System have to be serviced by OEM to the satisfaction of attending ABS Surveyor. |
| Checklist Items | Survey Name: Renewal Safety Equipment Survey 2 - Checklist Seq. No(s): 71 |
| **Rectification** | |

---

**T-817**      **Outfitting**

| | | | |
|---|---|---|---|
| Opened In Report | BL3396676-O - Renewal Safety Equipment Survey 2 | 15-Oct-2017 | Balboa |
| Due By | Renewal Safety Equipment Survey 2, 27-Sep-2015 | Major | Outstanding |
| **Found** | Fuel oil drip pans found with heavy corrosion and waste material | | |
| **Recommendation** | Fuel oil drip pans affected structure is to be cropped out and welded using approved materials, consumables and workmanship to the satisfaction of the attending ABS Surveyor. | | |
| Checklist Items | Survey Name: Renewal Safety Equipment Survey 2 - Checklist Seq. No(s): 72 |
| **Rectification** | |

---

**T-822**      **Outfitting**

| | | | |
|---|---|---|---|
| Opened In Report | BL3396676-O - Renewal Safety Equipment Survey 2 | 15-Oct-2017 | Balboa |
| Due By | Renewal Safety Equipment Survey 2, 27-Sep-2015 | Major | Outstanding |
| **Found** | Whistle in way of "Compass Deck" found out of order | | |
| **Recommendation** | Whistle in way of "Compass Deck" have to serviced/overhauled to the satisfaction of the attending ABS Surveyor. | | |
| **Rectification** | | | |

---

**T-829**      **Ship Security Alert System**

| | | | |
|---|---|---|---|
| Opened In Report | BL3396676-O - Renewal Safety Equipment Survey 2 | 15-Oct-2017 | Balboa |
| Due By | Renewal Safety Equipment Survey 2, 27-Sep-2015 | Major | Outstanding |
| **Found** | Ship Security Alert System (SSAS) found out of order. | | |
| **Recommendation** | Ship Security Alert System (SSAS) have to be serviced by ABS Certified Recognized External Specialist and | | |



**AMERICAN BUREAU OF SHIPPING**
**STATUTORY SURVEY REPORT**

| | | | |
|---|---|---|---|
| Vessel Name | **CV STEALTH** | Class Number | **05140862** |
| Attending Office | **Balboa** | Report Number | **BL3396676** |
| First Visit Date | **13-Oct-2017** | Last Visit Date | **15-Oct-2017** |

tested to the satisfaction of the attending ABS Surveyor.

**Rectification**

---

**T-830**     **Outfitting**

| | | | |
|---|---|---|---|
| Opened In Report | BL3396676-O - Renewal Safety Equipment Survey 2 | 15-Oct-2017 | Balboa |
| Due By | Renewal Safety Equipment Survey 2, 27-Sep-2015 | Major | Outstanding |

**Found**    On deck logbook entries was not found "drills and records" that have been properly done.

**Recommendation**    Master have to be ensure that logbook entries been made, as applicable, and all drills & records been properly done to the satisfaction of the attending ABS Surveyor.

**Rectification**

---

**T-854**     **Lifeboat**

| | | | |
|---|---|---|---|
| Opened In Report | BL3396676-O - Renewal Safety Equipment Survey 2 | 15-Oct-2017 | Balboa |
| Due By | Renewal Safety Equipment Survey 2, 27-Sep-2015 | Major | Outstanding |

**Found**    The following item relative to the Pr & SB Lifeboat were observed:

- 5 Five Year Lifeboat inspection according to SOLAS IMO MSC.1/Circ.1206/Rev.1 missing expired
- 5 Five Year Load Test in way of davits expired
- Falls expired (01-apr-2010)
- Release hook service expired - MSC.1/Circ.1392
- All Pyrotechnics expired
- First Aid expired
- Air bottle services expired
- Portable extinguisher expired
- Consumables pills, food ration, water expired or missing

**Recommendation**    All above stated items have to be carry out according to SOLAS regulation to the satisfaction of the attending ABS Surveyor.

**Rectification**

---

**BL3396676-S : Initial Ballast Water Management Survey**

**Statement/Observation**

**T-780**     Last exchange carry out on 15-Aug-2014
Personnel in charge 1st Mate
Certificate Pending to emision



# AMERICAN BUREAU OF SHIPPING
## STATUTORY SURVEY REPORT

| | | | |
|---|---|---|---|
| Vessel Name | **CV STEALTH** | Class Number | **05140862** |
| Attending Office | **Balboa** | Report Number | **BL3396676** |
| First Visit Date | **13-Oct-2017** | Last Visit Date | **15-Oct-2017** |

**BL3396676-U : Other Survey (Statutory) - Periodical Safety Radio Survey**

| T-828 | | **MF/HF Radio Telephone** | | |
|---|---|---|---|---|
| | Opened In Report | BL3396676-U - Other Survey (Statutory) - Periodical Safety Radio Survey | 15-Oct-2017 | Balboa |
| | Due By | Renewal Safety Equipment Survey 2, 27-Sep-2015 | Major | Outstanding |
| | **Found** | MF/HF Radio Telephone found out of order. | | |
| | **Recommendation** | MF/HF Radio Telephone have to be serviced by ABS Certified Recognized External Specialist to the satisfaction of the attending ABS Surveyor. | | |
| | **Rectification** | | | |

**Statement/Observation**

| T-779 | | Master and Owner representative were aware about that under REGULATION (EU) No 1257/2013, EU-flagged ships headed for recycling will need to develop an Inventory of Hazardous Material, as far as practicable, regardless of the facility to be used for recycling. |
|---|---|---|