# EXHIBIT 2







SB - Mid




Aft-SB


Port Side


Aft Port Side


Main Deck – SB (fwd of deck house)



Typical view of steam piping



Typical view of outfitting



Steam spool



Main deck Pr – fwd during fire hose test


Windlass SB deck condition are same


Around slop tank pr


Deck seal discharge pipe totally damaged by corrosion


Overboard pipeline



Condition of some manholes



Muster area



Hydraulic piping leaking by pores – remote valve systems – Location entrance pump room


Temporary repair in way of WB piping next to the filter


Pump room aft bottom area – dry and cleaned


Passing between Accommodation / Engine Casing – insulation damaged


E/Room fans


SW piping system with temporary Repairs


M/Engine pre-heating jacket damaged and bypassing with temporary hose that using Aux. Generator water


Steering gear secure by bars fitted to the foundation


View of shaft stuck by bars



Turning gear engaged – turning gear elect-motor power out secure.



All port light closed and secure



All vent fwd closed and secure