# EXHIBIT 3

## CV STEALTH REPAIRS ESTIMATE

**1.**   Based on the vessel's condition, it is estimated that the repair period for a competent yard in the region of redelivery (US-Caribs) will be 4-6 months. This is provided spares have been ordered and are available. Associated studies, approvals and surveys are also to be considered.

- Survey and supervision fees/costs:

| | |
|---|---|
| - Class Survey and Approval: | **USD 300,000** |
| - Superintendent (3): | **USD 100,000** |
| - Disbursement (transportation, accommodation, etc.): | **USD 80,000** |
| - Thickness measurements and NDT (2 technicians * 30 days): | **USD 60,000** |

**2.**   Based on the class survey report, and the photos from the superficial inspection of Mr. Anibal E. Abad L. on 24 October 2017, it is evident that the vessel was not maintained and there is extensive/deep pitting, wastage, corrosion and damage to vessel's hull, deck, piping, supports, outfitting ladders etc.

The vessel requires full blasting to SA 2.5 standards, while before that the hull will need high pressure washing to remove the marine growth of 3 years. After blasting the vessel, it will have to be recoated based on vessel's original specification.

- Cost for Hull H.P. washing considering treatment area of approximately 15,000 $m^2$ at a unit price of USD 7 $m^2$: **USD 105,000**

- Cost for blasting considering treatment areas of approximately 35,000 $m^2$ at a unit price of USD 35 $m^2$: **USD 1,225,000**

- Cost of recoating considering treatment areas of abt. 35,000 $m^2$, 2-4 full coats (average 3) at a unit price of USD 4 $m^2$ per coat.: **USD 420,000**

- Cost of paints (anticorrosive, antifouling, thinners, etc.): **USD 400,000**

Considering that the above treatment area estimate does not include piping, outfitting, accommodation etc., it is expected that an additional 15% area will have to be treated.

- Cost for the treatment and painting of the additional area: **USD 322,500**

For the vessel's treatment and painting as above described, staging will be needed. A modest staging volume for the above works is 5,000 m3.

- Cost of staging at a unit price of USD 20/$m^3$: **USD 100,000**

**3.**   The inspections carried out by Class and Mr. Abad have not included ballast and cargo tanks. Considering that no maintenance was carried out, and that the cargo tanks have residues of the last cargo, it is very likely that the cargo tanks will also have deep pitting and coating failure

(Sulphuric acid). Same for the ballast tanks that can suffer from coating breakdown and corrosion. Considering the above cargo tanks and ballast tanks will require treatment similar to the hull.

Treatment area for cargo tanks is estimated to be 100% of the bottom area, sides up to 2.5m from bottom and 30% of the underdeck area. Therefore, cargo tank area to be treated is approximately 15,000 m$^2$.

Treatment area for Ballast tanks is estimated to be 20% of the total area. Therefore, Ballast tank area to be treated is approximately 7,000 m$^2$.

    - Cost for cargo and ballast tanks treatment and coating considering the above costs for hull/deck with 20% surcharge for ventilation/lighting and difference of full versus spot rates:
                            **USD 1,214,000**

    - Cost of paints for cargo and ballast tanks:         **USD 250,000**

    - Cost of staging (volume 20,000 m$^3$):         **USD 400,000**

**4.**     the repairs will be carried out at a yard and it is estimated that for at least half of the repair period the vessel will be in the dry-dock while the remaining half alongside.

The yard's docking fees and general services include:

- TUGS
- PILOTAGE
- GAS FREE CERTIFICATES
- SHORE POWER
- FIRE WATCH & SECURITY WATCH
- FIRE MAIN LINE
- CIRCULATING WATER
- COMPRESSED AIR SUPPLY
- FRESH WATER
- CRANE SERVICE
- GARBAGE REMOVAL
- WHARFAG
- VENTILATING AIR
- GANGWAY
- TRANSFER COSTS (cherry pickers etc.)
- DOCKING CHARGES
- SLOP RECEPTION AND TANK CLEANING
- DRYDOCKING DUES

    - Cost of the above estimated basis is approximately USD 16,000 per day in drydock, and approximately USD 9,000 per day alongside:         **USD 2,250,000**

**5.** The inspections carried by Class and Mr. Abad have identified extensive/deep pitting, wastage, corrosion and damage to vessel's hull, deck, piping, supports, outfitting ladders etc.

The extent of structural steel renewals (including tanks) is modestly estimated to be 80 MT, which is less than 0.45% of the total lightship of approximately 18,000 MT. The average unit price for steel renewal considering 50kg to 1500kg per location is USD 15/kg.

    - Cost for structural steel repairs/renewals: **USD 1,200,000**

For the outfitting, supports, ladders, cable trays, cabinets/enclosures, rails, hatches etc., the items/locations that are wasted are countless. A modest estimate is 600 items/locations that will be charged on case by case basis, but usually the minimum charge is USD 1000/location.

    - Cost of the so called "soft steel" repairs: **USD 600,000**

The pipes and valves along with their flanges, bolts, nuts etc. on deck appear to be in very poor condition, extensively corroded and wasted. Moreover, Steam piping was reported by class with heavy scale and corrosion.

    - Cost for pipe/valves renewal on deck (including ballast lines as per class report):
    **USD 500,000**

    - Staging cost for the aforementioned works: **USD 300,000**

**6.** The vessels heating coils have not been inspected. It is likely that the heating coils will need extensive renewals. The material is special and expensive.

    - Modest cost estimate for heating coils repairs and renewals including staging:
    **USD 600,000**

**7.** As per the class report both auxiliary boilers and exhaust gas boiler have leakages. This is due to wasted boiler tubes.

    - Cost for boilers retubing by maker: **USD 400,000**

**8.** As per the class report, there are several temporary engine room piping repairs. It is expected that the majority of engine room pipes will be also fouled beyond saving.

    - Cost for engine room piping works including staging: **USD 600,000**

**9.** All engine room pumps will have to be opened for inspection and repairs.

    - Cost: **USD 200,000**

**10.** Generators have been found by Class in bad condition with leakages and no maintenance. All 3 generators will have to be overhauled and repaired by makers technician and original spare parts.

    - Cost: **USD 350,000**

**11.** Main engine has been idle for 3 years. As per maker MAN B&W, the prolonged idle period causes corrosion. The main engine will have to be completely overhauled and repaired by a team of MAN PrimeServ technicians using original spare parts.

     - Cost: **USD 350,000**

**12.** The cathodic protection (ICCP) system is not working (reported as a Class Recommendation). The ICCP system will require attendance of makers' service engineer.

     - Cost: **USD 25,000**

**13.** The tailshaft survey is overdue. The tailshaft is to be removed and stern tube bearings inspected. Stern tube seals will require renewal.

     - Cost: **USD 100,000**

**14.** Ballast valve remote system is not operating and leaking (reported as a Class Recommendation). Leakages on system and section of piping on main deck have been removed (reported as a Class Recommendation). If there is no oil in the system or sections of the lines, there is the possibility of internal corrosion of the system. This will require the attendance of the makers' service engineer.

     - Cost: **USD 70,000**

**15.** Ballast system ullage indicator is not working (reported as a Class Recommendation). This will require the attendance of the makers' service engineer.

     - Cost: **USD 35,000**

**16.** Cargo tank gauging system not working (reported as a Class Recommendation). Oily water interface detector calibration expired (reported as a Class Recommendation). This will require the attendance of the makers' service engineer.

     - Cost: **USD 100,000**

**17.** Pump room gas detection system not working (reported as a Class Recommendation) and will require the attendance of the makers' service engineer.

     - Cost: **USD 20,000**

**18.** Cargo pump turbines and pumps overdue for survey and will require opening for inspection. If the steam lines have not been drained there is the possibility of corrosion in the turbines.

     - Cost: **USD 100,000**

19. Cargo pump turbine temperature and vibration sensors require overhaul by makers' service engineer (reported as a Class Recommendation).

     - Cost: **USD 20,000**

**20.** Inert gas system piping to be inspected for corrosion. Deck water seal piping requires replacing (reported as a Class Recommendation). Inert gas system to be serviced by the makers' service engineer. Deck seal and scrubber will also need repairs.

    - Cost: **USD 90,000**

**21.** Crude oil washing machines require overhaul/replacement.

    - Cost: **USD 35,000**

**22.** Hose handling cranes and stores cranes - poor external condition. Condition of hydraulic hoses/external hydraulic piping unknown. Need to check internal condition of oil tanks. Likely renewal of hydraulic hoses/piping and hydraulic oil. Complete overhaul will be required. Cranes will require load test and rocking tests to be carried out (reported by Class).

    - Cost: **USD 50,000**

**23.** Winches/windlasses. Platform and support reported corroded and will probably require renewal (reported as a Class Recommendation). Winch brake drums likely to be corroded. Signs of water in oil tanks could mean there is corrosion in system and will require expensive hydraulic components repairs. Linkages on deck unlikely to have been greased and exposed to elements for long period. All mooring equipment require dismantling and repairs.

    - Cost: **USD 120,000**

**24.** Port anchor and six lengths of chain missing (noted in the Class report). Starboard anchor 3 years underwater and under tension so it will also need to be replaced.

    - Cost: **USD 150,000**

**25.** Elevator is out of order (reported by Class) and will require attendance of makers' service engineer. Wires are to be replaced.

    - Cost: **USD 40,000**

**26.** Control room. Engine alarm and monitoring system will require servicing by makers' service engineer. Main switchboard to be inspected and tested by electrical engineers. The main engine oil mist detector is not working (reported as a Class Recommendation). This will require the attendance of the makers' service engineer.

    - Cost: **USD 70,000**

**27.** Incinerator out of order. Sludge pump inoperative (both reported by Class). This will require the attendance of the makers' service engineer.

    - Cost: **USD 40,000**

**28.** Oily water separator to be opened for internal examination and recalibration (reported by Class). This will require the attendance of the maker's service engineer.

    - Cost: **USD 25,000**

**29.**   The Class report refers to some machinery being out of order, such as the control air drier and the service air compressor - probably due to lack of spares (both reported as a Class Recommendation). Most of the auxiliary machinery will require opening for internal inspection and replacement of spares.

      - Cost (all auxiliary machinery): **USD 160,000**

**30.**   Electric motors and cabling will require testing for insulation resistance as they may have been affected by lack of operation and high humidity. The Class reports refers to low insulation that was measured. All wiring/cabling and motors/panels will have to be checked for continuity, insulation and damages. Repairs/renewals are likely to be extensive.

      - Cost: **USD 250,000**

**31.**   Steering gear system to be inspected by makers' service engineer. Corrosion of the rams will require replacement.

      - Cost: **USD 190,000**

**32.**   Safety equipment survey overdue and all expired items to be replaced/inspected/surveyed to Class requirements.

      - Cost: **USD 70,000**

**33.**   Ship's horn to be repaired.

      - Cost: **USD 10,000**

**34.**   Radars to be serviced by makers' service engineer.

      - Cost: **USD 20,000**

**35.**   VDR out of order and to be repaired.

      - Cost: **USD 20,000**

**36.**   Fixed fire-extinguishing system to be serviced. Fixed water mist system to be serviced. Foam replacement.

      - Cost: **USD 50,000**

**37.**   Ballast Water Treatment system to be installed as per IMO and USCG requirements.

      - Cost: **USD 2,500,000**

**38.**   Gas freeing of the Vessel to complete repairs (boilers are not operational).

      **-** Cost: **USD 200,000**

      **TOTAL:** **USD 16,886,500**