# Exhibit A



**From:** Jeremy Biggs [mailto:jeremy.biggs@incelaw.com]
**Sent:** 22 November 2017 12:58
**To:** Mills-Webb, Edward
**Cc:** Mike Lax; Catriona Lewis; Brown, Dolly; Cresswell, Jennifer; Ester Toumpouris
**Subject:** RE: CV STEALTH - LONDON STAKEHOLDER PROCEEDINGS - URGENT

Dear Sirs

Thank you for your email below. we respond as follows:

1. We confirm we accept service of the stakeholder proceedings on behalf of our clients, Psara.

2. We note that Space have given express consent to the sum of USD1,787,375 being paid by ST to Psara in any event. We confirm agreement that this sum, at the very least, can be released and paid to Psara. We will revert with relevant account details.

3. As regards the balance of the sums held pursuant to the stakeholder proceedings, we note that further demands have been made by Space. However, such competing claims should be dealt with through the stakeholder proceedings which have been commenced. Our clients do not consent to any payments being made

1

to Space given our clients' competing claims. Indeed, we note that Clyde & Co have given an undertaking in the stakeholder proceedings that Clyde & Co will hold the monies to abide the outcome of the stakeholder application and pay it to whomever the Court orders, so no payments can be made to Space without the Court's direction.

4. The next steps under CPR Part 86 is that "A respondent who is served with a claim form or application notice under this rule must within 14 days file at court and serve on the stakeholder a witness statement specifying any money and describing any goods and chattels claimed and setting out the grounds upon which such claim is based." Accordingly, our clients have until Wednesday 6 December to serve their evidence setting out their claims and the grounds of such claims. We shall file such evidence within that period and sooner if possible.

Regards

Ince & Co LLP

---

**From:** Mills-Webb, Edward [mailto:Edward.Mills-Webb@clydeco.com]
**Sent:** 21 November 2017 13:20
**To:** Jeremy Biggs; Ester Toumpouris
**Cc:** Mike Lax; Catriona Lewis; Brown, Dolly; Cresswell, Jennifer
**Subject:** CV STEALTH - LONDON STAKEHOLDER PROCEEDINGS - URGENT

To: Ince & Co LLP
Attn: Mr Jeremy Biggs

Dear Sirs,

We write further to the service of the stakeholder proceedings yesterday. We have not received any response from you. In contrast, Lax & Co LLP have responded on behalf of Space and have made a further demand under the Glencore Plc guarantee. A copy is attached (minus attachments, which you have already). Your attention is drawn in particular to the following wording:

*"If, contrary to the above, Glencore has any genuine concerns about payment, our clients agree to Glencore paying to Psara 181 days of hire (i.e.181 x $9,875 = $1,787,375.00) out of the said sum of $6,425,676.25. Alternatively, if all of the of the $6,425,676.25 and £27,790.00 is paid to our clients, our clients undertake to pay at least $1,787,375.00 to Psara."*

Having reviewed the terms of the Settlement Agreement between Psara and Space, it appears to us that a sum in the above amount of US$1,787,375.00 has been assigned to Psara. The above calculation looks correct and this position is consented to by Space. That should be the end of the matter. Please therefore take notice that unless you demonstrate good reason why they should not do so, ST Shipping shall instruct us to make payment of US$1,787,375.00 to Psara at 15:00 hrs London time tomorrow, with the balance of the funds we hold (being in excess of US$ 4 million) to be paid to Space at the same time. These payments will discharge the demands presently made under the Glencore guarantee.

Please provide your confirmation that the sum of US$1,787,375 represents the amount assigned to you by Space as soon as possible. If you have any objections whatsoever, then these must be provided with full particulars and supporting documents prior to the 15:00 deadline above.

In the meantime, all the Claimants rights whatsoever and howsoever arising are fully reserved.

Yours faithfully,

2

**Edward Mills-Webb**
Partner | Clyde & Co LLP
**Direct Dial:** +44 20 7876 4735 | **Mobile:** +44 7841 080 325

 | The St Botolph Building | 138 Houndsditch | London EC3A 7AR | UK
Main +44 20 7876 5000 | **Fax** +44 20 7876 5111 | **www.clydeco.com**

**If our account details change, we will notify these to you by letter, telephone or face-to-face and never by email.**

This email is sent for and on behalf of Clyde & Co LLP, a limited liability partnership registered in England and Wales under number OC326539 and with its registered office at The St Botolph Building, 138 Houndsditch, London, EC3A 7AR, United Kingdom (Tel: +44 20 7876 5000. Fax: +44 20 7876 5111). Clyde & Co LLP is authorised and regulated by the Solicitors Regulation Authority and uses the word "partner" to refer to a member of the LLP, or an employee or consultant with equivalent standing and qualifications. A list of members is available at: www.clydeco.com. This email and any attachments are confidential and may also be privileged. If you have received this message in error, please notify the sender immediately, destroy this email and any attachments, and do not use, copy, store and/or disclose to any person this email and any attachments.

**INCE & CO** | **INTERNATIONAL LAW FIRM**

**Ince & Co LLP**
Aldgate Tower
2 Leman Street
London
E1 8QN

Tel +44 (0) 20 7481 0010
Fax +44 (0) 20 7481 4968

incelaw.com
Beijing Cologne Dubai Hamburg Hong Kong Le Havre London Marseille Monaco Paris Piraeus Shanghai Singapore

*Visit our website at incelaw.com/en/aboutus/awards for information about our awards.*

Disclaimer:
This email is intended solely for the addressee, is strictly confidential and may also be legally privileged. If you are not the addressee please do not read, print, re-transmit, store or act in reliance on it or any attachments. Instead, please email it back to the sender and then immediately permanently delete it.

Ince & Co LLP is a limited liability partnership registered in England and Wales (with registered number OC361858) and is authorised and regulated by the Solicitors Regulation Authority. A list of members is available for inspection at our registered office at the above address.