# Exhibit B

# E-Filing Submission Confirmation

The following electronic filing(s) were successfully submitted.  Please keep a copy of this confirmation for your records.

**Submitted Number**  53101511370541562
**Submitted Date**  22-11-2017 05:09 PM

**Filings Submitted:**

| Court | Case Number | Matter/Ref. Number | Filing Type(s) | Documents | Fees |
|---|---|---|---|---|---|
| Commercial Court (QBD) | CL-2017-000709 | JXW/1426780 | Filing - Miscellaneous | 1 | £ 0.00 |
| Total | | | | | £ 0.00 |

# Request for deposit

**CFO 100** (03.15)

If you are paying in for the benefit of more than one claimant, you must complete a seperate form for each claimant

**Full case name, as it appears on the court order or claim form**

(1) ST SHIPPING AND TRANSPORT PTE LTD
(2) GLENCORE INTERNATIONAL AG
(3) GLENCORE PLC

(1) SPACE SHIPPING LTD
(2) PSARA ENERGY LTD

**Name of court in which your claim is proceeding**

HIGH COURT OF JUSTICE, BUSINESS AND PROPERTY COURTS, COMMERCIAL COURT (QUEEN'S BENCH DIVISION)

**Claim No.** CL-2017-000709

Has a previous deposit been made in this case?  ☐ Yes  ☒ No

Does this case involve:  ☐ a child  ☐ a protected beneficiary  ☒ N/A

How much are you paying into court?  US$ 6 4 6 2 6 1 1 : 7 1

Complete only **one** of the following sections

1. Has the court ordered you to pay money into court? If Yes, give the date of the order and attach a sealed copy of the order to this form. If you do not have a sealed copy of the order, then you must get the court to seal this form.

   **Date of court order**

2. Are you paying money into court in support of a defence of tender?
   If Yes, complete this section and attach a copy of the defence and a sealed copy of the claim form.
   
   On behalf of                      against the claim of

3. Only complete this section if the other two sections above are not applicable, such as in the case of a refund of an over payment. My reason for paying money into court is:
   
   Please see details of claim accompanying Part 8 Claim Form and First Witness Statement of Edward Mills-Webb dated 20 November 2017.

**Signed** [signature]  **Date** 22 11 17

**Name (or name of Solicitor)** Edward Mills-Webb

**Name of the other side** PSARA ENERGY LTD

**I am the** ~~Claimant/Defendant/Claimant's solicitor/Defendant's solicitor~~

**Address** Clyde & CO LLP
The St. Botolph Building, 138 Houndsditch, London
**Postcode** EC3A 7AR

**Address** INCE & CO LLP,
ALDGATE TOWER,
2 LEMAN STREET,
LONDON
**Postcode** E1 8QN

**Ref.**

**Ref.** EHMW/1426780

## How to contact the Court Funds Office

Customer Helpline
**0300 0200 199**

Email
**enquiries@cfo.gsi.gov.uk**

Address
Court Funds Office
Glasgow
G58 1AB

Court Funds Office
DX 501757