# EXHIBIT 2

**UNITED STATES DISTRICT COURT**
**District of Connecticut**



*187348*

**RETURN OF SERVICE**

Index no : **3:17-CV-01811**

**Psara Energy Limited**

           Plaintiff(s),

vs.

**Space Shipping Ltd, et al**

           Defendant(s).

_____/

**STATE OF CONNECTICUT**

                       **ss: East Hartford**

**HARTFORD COUNTY**

On **11/02/2017** at **3:45 PM**, I served the within **Cover Letter to Garnishee, Interrogatories to Garnishee with Exhibit A, Original Verified Complaint, Memorandum in Support of Issuance of PMAG, Motion and Order to Appoint Special Process Server, Process of Maritime Attachment and Garnishment, Ruling on Attachment, Order on Pretrial Deadlines, Motion for Attorneys Pro Hac Vice, Corporate Disclosure Statement, Standing Protective Order Notice of Appearance, Attorney Affidavit in Support of Attachment on ST Shipping & Tranport Pte, Ltd (hereinafter known as Recipient)** at **Three Stamford Plaza, 301 Tresser Blvd, Stamford, CT 06901** in the manner indicated below:

By delivering to and leaving personally with **Andrew Smith, Counsel** authorized to accept service.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin/race | Color of hair | Age(Approx) | Height(Approx) | Weight (Approx) |
|------|------|------|------|------|------|
| **Male** | **Caucasian** | **Brown** | **34** | **5'7''** | **155** |

Other Features:

I declare under penalty of perjury that the forgoing is true and correct:

|  |  |
|------|------|
| Delivery/Pick Up | $75.00 |
| Attorney's Rush Fees | $85.00 |
| Email/Copy Charges | $18.00 |
| Copy Charges | $17.50 |
| **TOTAL:** | **$195.50** |

X_____

Eric Rubin
Connecticut Process Serving, LLC
67 Burnside Ave
East Hartford,CT 06108
888.528.2920
Atty File#: