APPEAL,EFILE,WIG

# U.S. District Court
## District of Connecticut (New Haven)
## CIVIL DOCKET FOR CASE #: 3:17-cv-01811-VAB

Psara Energy Limited v. Space Shipping Ltd. et al  
Assigned to: Judge Victor A. Bolden  
Demand: $19,604,000  
Cause: 28:1333 Admiralty  

Date Filed: 10/30/2017  
Jury Demand: None  
Nature of Suit: 120 Contract: Marine  
Jurisdiction: Federal Question  

**Plaintiff**

| | | |
|---|---|---|
| **Psara Energy Limited** | represented by | **George A. Gaitas**<br>Gaitas, Kennedy & Chalos, P.C.<br>6250 Westpark Dr., Suite 222<br>Houston, TX 77057<br>(281) 501-1800<br>Fax: (832) 962-8178<br>Email: gaitas@gkclaw.com<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| | | **Jonathan M. Chalos**<br>Gaitas, Kennedy & Chalos, P.C.<br>6250 Westpark Dr., Suite 222<br>Houston, TX 77057<br>(281) 501-1800<br>Fax: (832) 962-8178<br>Email: chalos@gkclaw.com<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| | | **Stephan Skoufalos**<br>Skoufalos LLC<br>300 First Stamford Place, 2E<br>Stamford, CT 06902<br>203-325-9010<br>Email: stephan.skoufalos@skoufalos.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

V.

**Defendant**

| | | |
|---|---|---|
| **Space Shipping Ltd.** | represented by | **Simon Harter** |
| | | Law Offices of Simon Harter, Esq. |
| | | 30 Nassau Street - Suite 460 |
| | | Princeton, NJ 08542 |
| | | (609) 688-8330 |
| | | Fax: (609) 688-8331 |
| | | Email: sharter@harterlaw.com |
| | | *LEAD ATTORNEY* |
| | | *PRO HAC VICE* |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Frederick A. Lovejoy** |
| | | Lovejoy & Associates |
| | | 276 Center Road |
| | | Easton, CT 06612 |
| | | 203-459-9941 |
| | | Fax: 203-459-9943 |
| | | Email: lovejoyadm@aol.com |
| | | *ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Geden Holdings, Ltd.** | represented by | **Simon Harter** |
| | | (See above for address) |
| | | *LEAD ATTORNEY* |
| | | *PRO HAC VICE* |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Frederick A. Lovejoy** |
| | | (See above for address) |
| | | *ATTORNEY TO BE NOTICED* |

V.

**Garnishee**

| | | |
|---|---|---|
| **ST Shipping & Transport Pte. Ltd.** | represented by | **Michael P. Jones** |
| | | Curtis, Mallet-Prevost, Colt & Mosle-NY |
| | | 101 Park Ave. |
| | | New York, NY 10178-0061 |
| | | 212-696-6000 |
| | | Fax: 212-697-1559 |
| | | Email: mjones@curtis.com |
| | | *LEAD ATTORNEY* |
| | | *PRO HAC VICE* |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Peter J. Behmke** |
| | | Curtis, Mallet-Prevost, Colt & Mosle-NY |

101 Park Ave.
New York, NY 10178-0061
212-696-6000
Fax: 212-697-1559
Email: pbehmke@curtis.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Simon Irving Allentuch**
Stockman O'Connor PLLC
10 Middle Street
11th Floor
New Haven, CT 06604
203-598-7585
Email: sallentuch@stockmanoconnor.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/30/2017 | 1 | COMPLAINT against All Defendants ( Filing fee $400 receipt number 0205-4585208.), filed by Psara Energy Limited. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit)(Skoufalos, Stephan) (Entered: 10/30/2017) |
| 10/30/2017 | 2 | Corporate Disclosure Statement by Psara Energy Limited. (Skoufalos, Stephan) (Entered: 10/30/2017) |
| 10/30/2017 | 3 | MOTION for Appointment of Special Process Server by Psara Energy Limited. (Attachments: # 1 Proposed Order, # 2 Proposed Order, # 3 Proposed Process of Maritime Attachment)(Skoufalos, Stephan) (Entered: 10/30/2017) |
| 10/30/2017 | 4 | AFFIDAVIT re 1 Complaint, 3 MOTION for Appointment of Special Process Server Signed By George A Gaitas filed by Psara Energy Limited. (Skoufalos, Stephan) (Entered: 10/30/2017) |
| 10/30/2017 | 5 | Memorandum in Support of Issuance for Writ of Garnishment filed by Psara Energy Limited. (Skoufalos, Stephan) Modified on 10/31/2017 (Walker, A). (Entered: 10/30/2017) |
| 10/30/2017 | 6 | NOTICE of Appearance by Stephan Skoufalos on behalf of Psara Energy Limited (Skoufalos, Stephan) (Entered: 10/30/2017) |
| 10/30/2017 | 7 | MOTION for Attorney(s) George A Gaitas to be Admitted Pro Hac Vice (paid $75 PHV fee; receipt number 0205-4585291) by Psara Energy Limited. (Attachments: # 1 Affidavit)(Skoufalos, Stephan) (Entered: 10/30/2017) |
| 10/30/2017 | 8 | MOTION for Attorney(s) Jonathan M. Chalos to be Admitted Pro Hac Vice (paid $75 PHV fee; receipt number 0205-4585317) by Psara Energy Limited. (Attachments: # 1 Affidavit)(Skoufalos, Stephan) (Entered: 10/30/2017) |

| | | |
|---|---|---|
| 10/30/2017 | | Judge Victor A. Bolden added. (Oliver, T.) (Entered: 10/30/2017) |
| 10/30/2017 | 11 | Order on Pretrial Deadlines: Motions to Dismiss due on 1/30/2018. Amended Pleadings due by 12/29/2017. Discovery due by 5/1/2018. Dispositive Motions due by 5/31/2018.<br>Signed by Clerk on 10/30/2017.(Fazekas, J.) (Entered: 10/31/2017) |
| 10/30/2017 | 12 | ELECTRONIC FILING ORDER - PLEASE ENSURE COMPLIANCE WITH COURTESY COPY REQUIREMENTS IN THIS ORDER<br>Signed by Judge Victor A. Bolden on 10/30/2017.(Fazekas, J.) (Entered: 10/31/2017) |
| 10/30/2017 | 13 | STANDING PROTECTIVE ORDER<br>Signed by Judge Victor A. Bolden on 10/30/2017.(Fazekas, J.) (Entered: 10/31/2017) |
| 10/31/2017 | 9 | ORDER granting 8 Motion to Appear Pro Hac Vice for Jonathan M. Chalos. Certificate of Good Standing due by 12/30/2017. Signed by Clerk on 10/31/2017. (Fazekas, J.) (Entered: 10/31/2017) |
| 10/31/2017 | 10 | ORDER granting 7 Motion to Appear Pro Hac Vice Attorney George A. Gaitas for Psara Energy Limited added. Certificate of Good Standing due by 12/30/2017. Signed by Clerk on 10/31/2017. (Fazekas, J.) (Entered: 10/31/2017) |
| 10/31/2017 | 14 | NOTICE TO COUNSEL/SELF-REPRESENTED PARTIES : Counsel or self-representing parties initiating or removing this action are responsible for serving all parties with attached documents and copies of 11 Order on Pretrial Deadlines, 7 MOTION for Attorney(s) George A Gaitas to be Admitted Pro Hac Vice (paid $75 PHV fee; receipt number 0205-4585291) filed by Psara Energy Limited, 1 Complaint, filed by Psara Energy Limited, 5 Memorandum in Support of Motion filed by Psara Energy Limited, 3 MOTION for Appointment of Special Process Server filed by Psara Energy Limited, 13 Standing Protective Order, 2 Corporate Disclosure Statement filed by Psara Energy Limited, 8 MOTION for Attorney(s) Jonathan M. Chalos to be Admitted Pro Hac Vice (paid $75 PHV fee; receipt number 0205-4585317) filed by Psara Energy Limited, 6 Notice of Appearance filed by Stephan Skoufalos on behalf of Psara Energy Limited, 4 Affidavit filed by Psara Energy Limited, 12 Electronic Filing Order<br>Signed by Clerk on 10/31/2017.(Fazekas, J.) (Entered: 10/31/2017) |
| 11/01/2017 | 15 | ORDER construing 3 Motion for Appointment of Special Process Server as Motion for Writ of Maritime Attachment and Garnishment and Motion for Appointment of Special Process Server, and GRANTING both motions. The Clerk of Court shall issue the Process of Maritime Attachment and Garnishment under Rule B, directing the United States Marshal for the District of Connecticut,or other designated special process server, to attach any tangible or intangible personal property found in the District belonging to Defendants.<br><br>Signed by Judge Victor A. Bolden on 11/1/2017. (Giammatteo, J.) (Entered: 11/01/2017) |
| 11/02/2017 | 16 | VACATED- WRIT OF GARNISHMENT issued (Perez, J.) Modified on 11/21/2017 (Perez, J.) see Order 41 . (Entered: 11/02/2017) |

| | | |
|---|---|---|
| 11/14/2017 | 17 | NOTICE of Appearance by Simon I. Allentuch on behalf of ST Shipping & Transport Pte. Ltd. (Allentuch, Simon) (Entered: 11/14/2017) |
| 11/14/2017 | 18 | MOTION for Return of Property --*Motion to Release Maritime Attachment* by ST Shipping & Transport Pte. Ltd.. (Attachments: # 1 Memorandum in Support, # 2 Affidavit of Peter J. Behmke, # 3 Affidavit of Edward Henry Mills-Webb)(Allentuch, Simon) (Entered: 11/14/2017) |
| 11/14/2017 | 19 | MOTION for for Status Conference --*Request for Emergency Conference re: DE 18* by ST Shipping & Transport Pte. Ltd.. (Allentuch, Simon) (Entered: 11/14/2017) |
| 11/14/2017 | 20 | MOTION for Attorney(s) Peter J. Behmke to be Admitted Pro Hac Vice (paid $75 PHV fee; receipt number 0205-4605235) by ST Shipping & Transport Pte. Ltd.. (Attachments: # 1 Exhibit A-Affidavit of Peter J. Behmke)(Allentuch, Simon) (Entered: 11/14/2017) |
| 11/14/2017 | 21 | MOTION for Attorney(s) Michael P. Jones to be Admitted Pro Hac Vice (paid $75 PHV fee; receipt number 0205-4605236) by ST Shipping & Transport Pte. Ltd.. (Attachments: # 1 Exhibit A-Affidavit of Michael P. Jones)(Allentuch, Simon) (Entered: 11/14/2017) |
| 11/15/2017 | 22 | ORDER granting 20 Motion to Appear Pro Hac Vice Attorney Peter J. Behmke for ST Shipping & Transport Pte. Ltd. added. Certificate of Good Standing due by 1/14/2018. Signed by Clerk on 11/15/2017. (Fazekas, J.) (Entered: 11/15/2017) |
| 11/15/2017 | 23 | ORDER granting 21 Motion to Appear Pro Hac Vice Attorney Michael P. Jones for ST Shipping & Transport Pte. Ltd. added. Certificate of Good Standing due by 1/14/2018. Signed by Clerk on 11/15/2017. (Fazekas, J.) (Entered: 11/15/2017) |
| 11/15/2017 | 24 | NOTICE OF E-FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE.ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. Hearing re: 18 Motion to Release Maritime Attachment set for 11/17/2017 at 02:30 PM in Courtroom Two, 915 Lafayette Blvd., Bridgeport, CT before Judge Victor A. Bolden (Giammatteo, J.) (Entered: 11/15/2017) |
| 11/15/2017 | 25 | ORDER finding as moot 19 Motion for Conference in light of the hearing scheduled for 11/17/2017. Signed by Judge Victor A. Bolden on 11/15/2017. (Giammatteo, J.) (Entered: 11/15/2017) |
| 11/15/2017 | 26 | NOTICE of Appearance by Peter J. Behmke on behalf of ST Shipping & Transport Pte. Ltd. (Behmke, Peter) (Entered: 11/15/2017) |
| 11/15/2017 | 27 | NOTICE of Appearance by Michael P. Jones on behalf of ST Shipping & Transport Pte. Ltd. (Jones, Michael) (Entered: 11/15/2017) |
| 11/16/2017 | 28 | MOTION for Attorney(s) Simon Harter to be Admitted Pro Hac Vice (paid $75 PHV fee; receipt number 0205-4608286) by Geden Holdings, Ltd., Space Shipping Ltd.. (Attachments: # 1 Affidavit, # 2 Errata)(Lovejoy, Frederick) (Entered: 11/16/2017) |
| 11/16/2017 | 29 | Memorandum in Opposition *to Garnishee's Motion* re 18 MOTION for Return of Property --*Motion to Release Maritime Attachment* filed by Psara Energy Limited. (Gaitas, George) (Entered: 11/16/2017) |

| | | |
|---|---|---|
| 11/16/2017 | 30 | NOTICE of Appearance by Frederick A. Lovejoy on behalf of Geden Holdings, Ltd., Space Shipping Ltd. *Rule E(8) Restricted Appearance* (Lovejoy, Frederick) (Entered: 11/16/2017) |
| 11/16/2017 | 31 | REPLY to Response to 18 MOTION for Return of Property --*Motion to Release Maritime Attachment* filed by ST Shipping & Transport Pte. Ltd.. (Behmke, Peter) (Entered: 11/16/2017) |
| 11/17/2017 | 32 | ORDER granting 28 Motion to Appear Pro Hac Vice for Simon Harter. Certificate of Good Standing due by 1/16/2018. Signed by Clerk on 11/17/2017. (Fazekas, J.) (Entered: 11/17/2017) |
| 11/17/2017 | 33 | ORDER: The Court will provide an opportunity for further filings in this matter. Any party wishing to supplement the record in this case shall file by 11:59 p.m. on 11/18/2017.<br>Signed by Judge Victor A. Bolden on 11/17/2017.(Giammatteo, J.) (Entered: 11/17/2017) |
| 11/17/2017 | 34 | EXHIBIT *October 27, 2017 Arbitration Award* by Geden Holdings, Ltd., Space Shipping Ltd.. (Lovejoy, Frederick) (Entered: 11/17/2017) |
| 11/17/2017 | 35 | Minute Entry for proceedings held before Judge Victor A. Bolden: Motion Hearing held on 11/17/2017 re 18 MOTION for Return of Property --*Motion to Release Maritime Attachment* filed by ST Shipping & Transport Pte. Ltd. Total Time: 1 hour and 34 minutes(Court Reporter S. Montini.) (Giammatteo, J.) (Entered: 11/17/2017) |
| 11/18/2017 | 36 | OBJECTION filed by Geden Holdings, Ltd., Space Shipping Ltd.. (Lovejoy, Frederick) (Entered: 11/18/2017) |
| 11/18/2017 | 37 | Supplemental Memorandum in Support re 18 MOTION for Return of Property --*Motion to Release Maritime Attachment* filed by ST Shipping & Transport Pte. Ltd.. (Behmke, Peter) (Entered: 11/18/2017) |
| 11/18/2017 | 38 | Supplemental Memorandum in Opposition re 18 MOTION for Return of Property --*Motion to Release Maritime Attachment* filed by Psara Energy Limited. (Gaitas, George) (Entered: 11/18/2017) |
| 11/18/2017 | 39 | AFFIDAVIT re 38 Memorandum in Opposition to Motion Signed By Adamantios Andriotis filed by Psara Energy Limited. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(Gaitas, George) (Entered: 11/18/2017) |
| 11/18/2017 | 40 | AFFIDAVIT re 38 Memorandum in Opposition to Motion Signed By Jeremy Biggs filed by Psara Energy Limited. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Gaitas, George) (Entered: 11/18/2017) |
| 11/20/2017 | 41 | ORDER granting 18 ST Shippings Motion to Release Maritime Garnishment. The attachment previously ordered is VACATED under Rule(E)(4)(f) of the Supplement Rules of Civil Procedure. Ruling will follow shortly. Signed by Judge Victor A. Bolden on 11/20/2017. (Giammatteo, J.) (Entered: 11/20/2017) |
| 11/20/2017 | 42 | ORAL MOTION Reduce Maritime Attachment Amount; ORAL MOTION to Vacate Maritime Attachment Under Rule(E)(4)(f) by Geden Holdings, Ltd., Space Shipping Ltd. (Giammatteo, J.) (Entered: 11/20/2017) |

| Date | No. | Description |
|---|---|---|
| 11/20/2017 | 43 | RULING and ORDER On Motion To Vacate Maritime Attachment. Given this ruling and the Court's granting of ST Shipping's Motion, ECF No. 41 , Defendants' 42 Motion to Reduce and 42 Motion to Vacate is dismissed as moot. Signed by Judge Victor A. Bolden on 11/20/2017. (Giammatteo, J.) (Entered: 11/20/2017) |
| 11/20/2017 | 44 | NOTICE OF APPEAL as to 43 Order on Motion for Miscellaneous Relief,, Order on Motion to Vacate, 41 Order on Motion for Return of Property, by Psara Energy Limited. Filing fee $ 505, receipt number 0205-4611578. (Gaitas, George) (Entered: 11/20/2017) |
| 11/21/2017 | 45 | Index to Record on Appeal by Psara Energy Limited re 44 Notice of Appeal. For docket entries without a hyperlink, contact the court to arrange for the document(s) to be made available to you. (Fazekas, J.) (Entered: 11/21/2017) |
| 11/21/2017 | 46 | Emergency MOTION to Stay re 43 Order on Motion for Miscellaneous Relief,, Order on Motion to Vacate, 41 Order on Motion for Return of Property, by Psara Energy Limited.Responses due by 12/12/2017 (Gaitas, George) (Entered: 11/21/2017) |
| 11/21/2017 | 47 | NOTICE of Appearance by Simon Harter on behalf of Geden Holdings, Ltd., Space Shipping Ltd. *pursuant to Rule E(8) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forefeiture Actions* (Harter, Simon) (Entered: 11/21/2017) |
| 11/22/2017 | 48 | RESPONSE re 46 Emergency MOTION to Stay re 43 Order on Motion for Miscellaneous Relief,, Order on Motion to Vacate, 41 Order on Motion for Return of Property, *(letter brief regarding mootness)* filed by ST Shipping & Transport Pte. Ltd.. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Allentuch, Simon) (Entered: 11/22/2017) |
| 11/23/2017 | 49 | ORDER: PSARA has moved for the Court to stay its order vacating the garnishment of ST Shippings debt to SPACE Shipping. ST Shipping has submitted a filing, suggesting the parties may be close to a resolution. The Court therefore will hold off requiring a submission from ST Shipping on the pending motion to stay until Monday, November 30, 2017 at 5 p.m. EST, to give the parties additional time to resolve the matter. The parties can expect the Court to rule on the motion to stay at any point thereafter.<br>Signed by Judge Victor A. Bolden on 11/22/2017.(Giammatteo, J.) (Entered: 11/23/2017) |
| 11/24/2017 | 50 | ANSWER to 1 Complaint, with Affirmative Defenses by ST Shipping & Transport Pte. Ltd..(Behmke, Peter) (Entered: 11/24/2017) |
| 11/24/2017 | 51 | RESPONSE re 48 Response, *to ST Shipping's letter brief regarding mootness* filed by Psara Energy Limited. (Gaitas, George) (Entered: 11/24/2017) |
| 11/25/2017 | 52 | ORDER: In light of Psara Energy Limited's most recent filing, indicating that there will be no resolution of the motion to stay and other aspects of this case, any response by ST Shipping will remain due by Monday, November 27, 2017 at 5:00 p.m. EST and any reply by Psara Energy Limited will be due by Tuesday, November 28, 2017 by 5:00 p.m. EST.<br>Signed by Judge Victor A. Bolden on 11/25/2017.(Giammatteo, J.) (Entered: 11/25/2017) |

| | | |
|---|---|---|
| 11/27/2017 | 53 | Memorandum in Opposition re 46 Emergency MOTION to Stay re 43 Order on Motion for Miscellaneous Relief,, Order on Motion to Vacate, 41 Order on Motion for Return of Property, filed by ST Shipping & Transport Pte. Ltd.. (Attachments: # 1 Affidavit -Peter J. Behmke, # 2 Exhibit -A, # 3 Exhibit -B, # 4 Affidavit -Edward Henry Mills-Webb, # 5 Exhibit -A, # 6 Exhibit -B)(Behmke, Peter) (Entered: 11/27/2017) |
| 11/27/2017 | 54 | Memorandum in Opposition *to Plaintiff's Emergency Motion* re 46 Emergency MOTION to Stay re 43 Order on Motion for Miscellaneous Relief,, Order on Motion to Vacate, 41 Order on Motion for Return of Property, filed by Geden Holdings, Ltd., Space Shipping Ltd.. (Harter, Simon) (Entered: 11/27/2017) |
| 11/28/2017 | 55 | RESPONSE re 54 Memorandum in Opposition to Motion, 53 Memorandum in Opposition to Motion, filed by Psara Energy Limited. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Gaitas, George) (Entered: 11/28/2017) |
| 11/28/2017 | 56 | AFFIDAVIT re 55 Response Signed By Jeremy Biggs filed by Psara Energy Limited. (Gaitas, George) (Entered: 11/28/2017) |
| 11/30/2017 | 57 | ORDER denying 46 Motion to Stay. Signed by Judge Victor A. Bolden on 11/30/2017. (Giammatteo, J.) (Entered: 11/30/2017) |
| 12/14/2017 | 58 | TRANSCRIPT of Proceedings: Type of Hearing: Motion Hearing. Held on 11/17/17 before Judge Victor Bolden. Court Reporter: S. Montini. **IMPORTANT NOTICE - REDACTION OF TRANSCRIPTS:** To remove personal identifier information from the transcript, a party must electronically file a Notice of Intent to Request Redaction with the Clerk's Office within seven (7) calendar days of this date. If no such Notice is filed, the court will assume redaction of personal identifiers is not necessary and the transcript will be made available through PACER without redaction 90 days from today's date. The transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. The policy governing the redaction of personal information is located on the court website at www.ctd.uscourts.gov. Redaction Request due 1/4/2018. Redacted Transcript Deadline set for 1/14/2018. Release of Transcript Restriction set for 3/14/2018. (Montini, S.) (Entered: 12/14/2017) |
| 01/02/2018 | | ORDER Revoking Visiting Attorney Status of Attorneys Jonathan M. Chalos and George A. Gaitas for failure to comply with Local Rule 83.1(d)(4) requiring the filing of a Certificate of Good Standing. The Clerk of the Court shall examine the Courts docket and revoke said attorneys visiting attorney status in all cases in which said attorney has filed an appearance.<br>Signed by Clerk on 1/2/2018.(Perez, J.) (Entered: 01/02/2018) |
| 01/02/2018 | 59 | CERTIFICATE OF GOOD STANDING re 21 MOTION for Attorney(s) Michael P. Jones to be Admitted Pro Hac Vice (paid $75 PHV fee; receipt number 0205-4605236) by ST Shipping & Transport Pte. Ltd.. (Jones, Michael) (Entered: 01/02/2018) |
| 01/02/2018 | 60 | CERTIFICATE OF GOOD STANDING re 20 MOTION for Attorney(s) Peter J. Behmke to be Admitted Pro Hac Vice (paid $75 PHV fee; receipt number |

| | | |
|---|---|---|
| | | 0205-4605235) by ST Shipping & Transport Pte. Ltd.. (Behmke, Peter) (Entered: 01/02/2018) |
| 01/06/2018 | 61 | MOTION for Attorney(s) George A. Gaitas to be Admitted Pro Hac Vice (paid $75 PHV fee; receipt number ACTDC-4669007) by Psara Energy Limited. (Attachments: # 1 Affidavit George A. Gaitas, # 2 Exhibit Certificate of Good Standing)(Skoufalos, Stephan) (Entered: 01/06/2018) |
| 01/06/2018 | 62 | MOTION for Attorney(s) Jonathan M. Chalos to be Admitted Pro Hac Vice (paid $75 PHV fee; receipt number ACTDC-4669023) by Psara Energy Limited. (Attachments: # 1 Affidavit Jonathan M. Chalos, # 2 Exhibit Certificate of Good Standing)(Skoufalos, Stephan) (Entered: 01/06/2018) |
| 01/08/2018 | 63 | ORDER granting 61 Motion to Appear Pro Hac Vice for George A. Gaitas. Signed by Clerk on 1/8/2018. (Fazekas, J.) (Entered: 01/08/2018) |
| 01/08/2018 | 64 | ORDER granting 62 Motion to Appear Pro Hac Vice for Jonathan M. Chalos. Signed by Clerk on 1/8/2018. (Fazekas, J.) (Entered: 01/08/2018) |
| 01/09/2018 | 65 | ORDER of USCA as to 44 Notice of Appeal filed by Psara Energy Limited USCA Case Number 17-3781 (Fazekas, J.) (Entered: 01/10/2018) |
| 01/16/2018 | 66 | CERTIFICATE OF GOOD STANDING re 28 MOTION for Attorney(s) Simon Harter to be Admitted Pro Hac Vice (paid $75 PHV fee; receipt number 0205-4608286) by Geden Holdings, Ltd., Space Shipping Ltd.. (Harter, Simon) (Entered: 01/16/2018) |